FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

2005 JAN 28  P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| AMERICAN INSTITUTE OF PHYSICS, | ) |
| ELSEVIER, INC., | ) |
| WILEY PERIODICALS, INC., and | ) |
| WILEY-LISS, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ASIAN BOOKS PRIVATE LIMITED, | ) |
| KIRAN AGARWAL, | ) |
| RAGINI AGARWAL, | ) |
| GERALDINE BUNKER, | ) |
| VANITA BUNKER, | ) |
| DIAMOND & GOLD OUTLET, INC., | ) |
| BUNTY GIDWANI, | ) |
| RESHMA GIDWANI, | ) |
| CHITRA JAGASIA, | ) |
| DILIP JAGASIA, | ) |
| HARISH JAGASIA, | ) |
| KAMAL JAGASIA, | ) |
| RAMESH JAGASIA, | ) |
| SHEELA JAGASIA, and | ) |
| YOGESH JAGASIA, | ) |
| | ) |
| Defendants. | ) |

**05 CV 10178 NMG**

Civil Action No. _____

```
RECEIPT #_____
AMOUNT $___150.00_____
SUMMONS ISSUED__15_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK.___r.f_____
DATE_____1/28/05_____
```

MAGISTRATE JUDGE___JLA___

## **COMPLAINT**

This is an action for fraud, misrepresentation, breach of contract, conversion, conspiracy, and violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"). Plaintiffs complain of Defendants as follows:

**Parties**

1. Plaintiff American Institute of Physics ("AIP") is a nonprofit corporation organized and existing under the laws of New York and having its principal place of business at One Physics Ellipse, College Park, MD, 20740. It is a learned society engaged in, among other activities that serve the public, publishing scholarly books and journals in the field of physics, including but not limited to the journals that are the subject of this action. Its Publishing Center is located at 2 Huntington Quadrangle, Suite 1NO1, Melville, NY 11747.

2. Plaintiff Elsevier, Inc. ("Elsevier") is a business corporation organized and existing under the laws of New York, and having a place of business 30 Corporate Drive, Suite 400, Burlington, MA 01803. It is engaged in the business of publishing scholarly books and journals in many fields of science and social science, including but not limited to the journals that are the subject of this action.

3. Plaintiff Wiley Periodicals, Inc., a subsidiary of New York corporation John Wiley & Sons, Inc., is a business corporation organized and existing under the laws of Delaware and having its principal place of business at 111 River Street, Hoboken, NJ 07030. It is engaged in the business of publishing journals in many fields, including but not limited to the journals that are the subject of this action.

4. Plaintiff Wiley-Liss, Inc., a subsidiary of New York corporation John Wiley & Sons, Inc., is a business corporation organized and existing under the laws of Delaware and having its principal place of business at 111 River Street, Hoboken, NJ 07030. It is engaged in the publication of books and journals in various scientific fields, including but not limited to the journals that are the subject of this action.

2

5.  Plaintiffs Wiley Periodicals, Inc. and Wiley-Liss, Inc. are collectively referred to hereafter as "Wiley."

6.  Defendant Asian Books Private Limited ("Asian Books") is, according to Plaintiffs' information and belief, an Indian corporation having its principal place of business at 7/28 Mahavir Lane, Ansari Road, Daryaganj, New Delhi, India. Although Asian Books' website refers to its "associate company in the USA" the plaintiffs have been unable to determine the identity of this company to date. Asian Books operates a partially lawful business in India as an importer, publisher and distributor of books, journals, and other materials, and as a so-called "subscription agency" that handles journal subscriptions for institutions. However, on the basis of the information set forth below, plaintiffs believe that Asian Books also operates an unlawful business based on fraudulently obtained property belonging to Plaintiffs.

7.  Defendant Kiran Agarwal is, according to Plaintiffs' information and belief, a resident of Texas and a relative of defendant Ragini Agarwal. Plaintiffs are currently unable to determine his home address. However, he has placed subscription orders using the following address: No. 153, 2470 S. Dairy Ashford Street, Houston TX 77077.

8.  Defendant Ragini Agarwal is, according to Plaintiffs' information and belief, a resident of Massachusetts, with a current address at 135 East Main Street, Apartment C4, Westborough, MA 01591.

9.  Defendant Geraldine Bunker is, according to Plaintiffs' information and belief, a resident of Texas with an address at 7111 Greenyard Drive, Houston, TX 77086.

10. Defendant Vanita Bunker is, according to Plaintiffs' information and belief, a relative of defendant Geraldine Bunker and resident of Texas, with an address at 7111

3

Greenyard Drive, Houston, TX 77086, unless such name is a pseudonym for defendant Geraldine Bunker.

11. Defendant Diamond & Gold Outlet, Inc., is, according to Plaintiffs' information and belief, a business corporation organized and existing under the laws of Florida and having its principal place of business at 411 Green Street, Key West, FL 33040. It is engaged in the jewelry business; however, its business address has been used by defendants to place orders for the subscriptions that are the subject of this action. Its agent for service of process is Spiegel & Utrera, P.A. of 1840 SW 22nd Street, 4th Floor, Miami, FL 33145.

12. Defendant Bunty Gidwani is, according to Plaintiffs' information and belief, a relative of defendant Reshma Gidwani, unless such name is a pseudonym for defendant Reshma Gidwani. Plaintiffs are currently unable to determine a home address for Bunty Gidwani. However, subscription orders have been placed in her name using the following two addresses: P.O. Box 5940, Miami, Florida 33283 and Action Court, Unit 1, Ashford Middlesex TW15 1XS Great Britain.

13. Defendant Reshma Gidwani is, according to Plaintiffs' information and belief, a resident of Florida with an address at 3700 Pearlman Terrace, Key West FL 33040.

14. Defendant Chitra Jagasia is, according to Plaintiffs' information and belief, a resident of Florida with an address at 3314 Northside Drive, Apartment 14, Key West, FL 33040 and an owner and officer of defendant Diamond & Gold Outlet, Inc. with a business address at 411 Greene Street, Key West FL 33040.

4

15. Defendant Dilip Jagasia is, according to Plaintiffs' information and belief, a resident of Florida with an address at 909 17th Terrace, Key West, FL 33040 and a business address at 304 Front Street, Key West FL 33040.

16. Defendant Harish Jagasia is, according to Plaintiffs' information and belief, a resident of Florida with an address at 9501 SW 147th Street, Miami, FL 33176 and a business address at 2200 Northwest 102nd Avenue, Miami FL 33172.

17. Defendant Kamal Jagasia is, according to Plaintiffs' information and belief, a resident of Florida with an address at 1003 18th Street, Key West FL 33040, an owner and officer of defendant Diamond & Gold Outlet, Inc., and an owner and managing director of defendant Asian Books.

18. Defendant Ramesh Jagasia (a/k/a "Ramish Jagasia") is, according to Plaintiffs' information and belief, a resident of Florida with an address at 3701 Pearlman Terrace, Key West FL 33040.

19. Defendant Sheela Jagasia is, according to Plaintiffs' information and belief, a resident of Florida with an address at 1003 18th Street, Key West FL 33040 and an owner and officer of defendant Diamond & Gold Outlet, Inc.

20. Defendant Yogesh Jagasia is, according to Plaintiffs' information and belief, a resident of Florida with an address at 2810 34th Street SW, Gainesville, FL 32608.

21. Defendants Kiran and Ragini Agarwal, Geraldine and Vanita Bunker, Bunty and Reshma Gidwani, Chitra Jagasia, Dilip Jagasia, Harish Jagasia, Kamal Jagasia, Ramesh Jagasia, Sheela Jagasia and Yogesh Jagasia are, according to Plaintiffs' information and belief, members of an extended family all participating in an elaborate scheme for fraudulently obtaining and dealing with property belonging to Plaintiffs, as

set forth below in detail. They are sometimes collectively referred to hereafter as the "Jagasias."

## Jurisdiction and Venue

22. This Court has jurisdiction over this Complaint under 18 U.S.C. §1964(c), governing jurisdiction of RICO claims, and pendant jurisdiction over the remaining claims raised herein as they are based on the same nucleus of operative facts.

23. This Court has jurisdiction over defendant Agarwal because he resides in this District. This court has jurisdiction over the remaining Defendants under 18 U.S.C. §1965(d), RICO's nationwide service of process provision.

24. Venue is appropriate in this Court under 18 U.S.C. §1965, the statute governing venue for RICO claims. One of the defendants engaged in the conspiracy is a citizen of Massachusetts, one of the plaintiffs injured by such conspiracy (namely, Elsevier) is headquartered in Massachusetts, and the non-Massachusetts defendants are scattered over three other districts, namely the Southern District of Texas and the Northern and Southern Districts of Florida.

## Facts

25. Plaintiff AIP publishes more than ten journals, covering many aspects of the field of physics. Plaintiff AIP also administers subscriptions for several other societies that publish journals in physics and related fields.

26. Plaintiff Elsevier, together with its affiliated companies in Europe, publishes thousands of scholarly journals in the English language alone, all of them in the sciences and social sciences.

27. Plaintiff Wiley, together with its affiliated companies, publishes each year hundreds of scholarly journals in a number of fields, including but not limited to chemistry, physics, business, and certain social sciences.

28. The various journals published by Plaintiffs are sometimes referred to collectively hereinafter as the "Plaintiffs' Journals."

29. All of Plaintiffs' Journals are edited by noted scholars in their respective fields. The content of Plaintiffs' Journals consists primarily of peer-reviewed articles in those fields. Each article is written by one or more scholars, often on the basis of original research.

30. Plaintiffs sell their journals through various means, including subscriptions whose rates vary depending on the type of subscriber. Plaintiffs price their journals for sale to institutions, and rely on institutional sales for the income to make their journals economically feasible. They offer subscriptions to individuals at prices deeply discounted from the standard price, often as an accommodation to members of the scholarly societies that sponsor the journals.

31. Each Plaintiff sells subscriptions directly to individuals and institutions, and also sells subscriptions to subscription agencies. Subscription agencies such as defendant Asian Books act as intermediaries between libraries and other institutions, who are their customers, and the publishers of periodicals such as Plaintiffs' Journals. They can perform a valued role by removing from their customers the burden of extensive paperwork, while at the same time making payment and billing easier for publishers. Both publishers and subscribers trust subscription agencies to be honest intermediaries

7

and not to abuse their position. Plaintiffs rely on those who place subscription orders to identify truthfully the type of subscription based on their status as an individual or entity.

32. All plaintiffs make clear on their pricing information that certain prices are for individuals only and other prices for institutions.

33. In addition, member subscriptions for AIP's print journals explicitly state that they are for personal use only. The letter sent to subscribers renewing at member rates states "Print and online subscriptions at reduced member rates are for personal use only. These subscriptions are not intended for release to libraries, reading rooms, or for any other institutional purpose. By returning your invoice along with payment you are acknowledging this principle and your agreement to comply."

34. Elsevier's agreement with each of its print subscribers specifically prohibits transfer of the subscription. Resale or transfer of electronic subscriptions is similarly prohibited by Elsevier's Terms and Conditions of use.

35. The revenue from publication and reproduction of Plaintiffs' Journals, including especially the revenue from journal subscriptions, is a significant portion of AIP's, Elsevier's, and Wiley's annual revenues and therefore critical to their financial health.

36. Plaintiffs risk serious financial injury if they are not paid correctly for subscriptions. A substantial decline in their journal income could cause Plaintiffs to cease publication of one or more journals, and failure to receive income to which they are entitled cramps their ability to increase the amount of information they publish. This would have an adverse impact on the scholarly community and on scientific progress, by making it more difficult to publish worthwhile scientific research.

37.  Defendants have been engaged in a fraudulent scheme of substantial dimensions. Using various identities, most of them false, and various addresses in several states, many also false, they have been ordering and acquiring subscriptions to Plaintiffs' Journals at individual rates, using the U.S. Postal Service and/or communications transmitted by wire.  To give just one example, defendants have procured subscriptions in the name of "Kenny Jay" for certain of plaintiffs' journals at four different addresses in Florida, as follows:

| | | | |
|---|---|---|---|
| Asian Case Research Journal | Kenny Jay | PO Box 5940 | Miami, FL 33283 |
| Applied Stochastic Models in Business and Industry | Kenny Jay | PO Box 5940 | Miami, FL 33283 |
| Asian Pacific Journal Management | Kenny Jay | PO Box 5940 | Miami, FL 33283 |
| Molecular Reproduction & Development | Kenny Jay | PO Box 5940 | Miami, FL 33283 |
| Journal of Graph Theory | Kenny Jay | PO Box 5940 | Miami, FL 33283 |
| Chemical Engineering & Technology | Kenny Jay | PO Box 5940 | Miami, FL 33283 |
| Software: Practice and Experience | Harry Jagasia[1] (credit card in the name of Kenny Jay) | 411 Greene Street | Keywest, FL 33040 |
| System Dynamics Review | Harry Jagasia (credit card in the name of Kenny Jay) | 411 Greene Street | Keywest, FL 33040 |
| Powder Diffraction | Kenny Jay | 14629 SW 104th St Apt 346 PMB | Miami, FL  33186-0000 |
| Journal of Physical Condensed Matter | Kenny Jay | 14629 SW 104th St Apt 346 PMB | Miami, FL  33186-0000 |
| Public Understanding Science | Kenny Jay | 14629 SW 104th St Apt 346 PMB | Miami, FL  33186-0000 |
| Journal of the American College of Cardiology | Kenny Jay | P.O. Box 831327 | Miami, FL  33283 |

---

[1]  "Harry Jagasia" is believed to be a pseudonym for defendant Harish Jagasia.

"Kenny Jay" shares one of those addresses, P.O. Box 5940, Miami, FL, with four other subscribers: Sharon Jackson, Ken Jacyea (a name that is probably a variation on "Kenny Jay"), defendant Bunty Gidwani, and defendant Reshma Gidwani. The 411 Greene Street address is the business address of defendant Diamond & Gold Outlet, Inc. Variations of the name "Kenny Jay" have been used to order additional subscriptions: "Kenny Jaya," "Kene Jay," "Ken Jay," "Ken Jat," and "Ken Jaycea." One of the four addresses for "Kenny Jay" – 14629 South West 104 St., PMB 346, Miami, FL – is a post office box leased by In Style International, Inc., an inactive Florida corporation whose principal was defendant Ramesh Jagasia.

38. Plaintiffs are informed and believe that there is no actual individual named Kenny Jay (or any variant thereof). Rather, the name is almost certainly a pseudonym derived from the initials 'KJ" – which happen to be the initials of defendant Kamal Jagasia, owner of one of the addresses used for these subscriptions.

39. The credit cards used for Kenny Jay's subscriptions are also used for subscriptions in the names of Sharon Jackson, Ken Jat c/o Vicky Frandon, Rose, Sheron Sood, Victor Mani, Reshma Gidwani, Romi Jsisism, Harry Jagasia, Sharon Jay and Kenny Jaya. Likewise, defendant Ragini Agarwal's subscriptions are paid for by the same credit card as defendant Reshma Gidwani's subscriptions.

40. Clearly, there can be no legitimate purpose for subscriptions obtained in the manner described above. The only rational inference is that these subscriptions have been ordered for illicit purposes. Based on experience, plaintiffs believe that these subscriptions have been ordered at the deeply discounted personal subscription price, and

resold to institutions outside the United States at Plaintiffs' listed institutional rates or some substantial fraction thereof.

41. Plaintiffs have suffered significant harm from such conduct. The difference between the rate that Defendants pay for these bogus subscriptions, and the price at which they resell such subscriptions to their customers, diverts to defendants substantial revenues that should belong to plaintiffs. The amount of revenue thus diverted remains to be determined, but is believed to exceed $145,000 dollars.

42. Plaintiffs believe that some or all of these subscriptions have been ordered for the additional purpose of serving as masters for unauthorized reproduction and resale outside the United States. Plaintiffs expect to amend this Complaint accordingly once they have had the opportunity to question defendants and examine their records.

43. Plaintiffs are informed and believe that defendant Asian Books is the likely vehicle for carrying out the illicit activity or activities described above. As a subscription agency, Asian Books is ideally positioned to resell journals obtained through fraud, without raising suspicion among customers.

44. Plaintiffs have suffered substantial monetary harm from Defendants' conduct. Plaintiffs will continue to suffer harm if Defendants are permitted to continue their fraudulent activities.

## Count 1

### Fraud

45. Plaintiffs reallege and incorporate herein by reference paragraphs 25-44 of this Complaint.

11

46. Defendants falsely, and with intent to defraud the Plaintiffs, purchased individual subscriptions from Plaintiffs using false names and addresses which they implicitly represented to Plaintiffs were the names and addresses of actual individual readers of Plaintiffs' Journals.

47. Those representations were false in fact and known to be false by Defendants at the time they were made, whereas Defendants were using such false subscriber names and addresses solely to obtain copies of Plaintiffs' Journals at low prices which they could then resell at higher, institutional prices, and/or reproduce for sale to third parties.

48. Plaintiffs relied upon the representations of Defendants and were thereby induced to provide journals, unwittingly, to Defendants, which journals (or unauthorized copies thereof) were later resold by Defendants at a profit.

49. By reason of such fraudulent scheme Plaintiffs have suffered economic loss, based on the price differentials described above.

## Count 2

## Misrepresentation

50. Plaintiffs reallege and incorporate herein by reference paragraphs 25-44 of this Complaint.

51. Defendants made material representations that individual subscriber addresses were valid.

52. Those representations were false and known to be false by the Defendants at the time they were made, whereas Defendants were using such false subscribers to obtain copies of Plaintiffs' Journals at individual subscription rates, which they could then resell at higher, institutional rates, and/or reproduce for sale to third parties.

53. Plaintiffs relied upon the representations of Defendants and were thereby induced to provide journals, unwittingly, to Defendants, which journals (or unauthorized copies thereof) were later resold by Defendants at a profit.

54. By reason of such misrepresentations Plaintiffs have suffered economic loss, based on the price differentials described above.

## Count 3

### Breach of Contract

55. Plaintiffs reallege and incorporate herein by reference paragraphs 25-44 of this Complaint.

56. AIP's and Elsevier's agreements with subscribers specifically prohibit transfer of such subscriptions.  Defendants, by purchasing subscriptions under such agreement and reselling them to institutions, are therefore in breach of such subscriber agreement.

## Count 4

### Conversion

57. Plaintiffs reallege and incorporate herein by reference paragraphs 25-44 of this Complaint.

58. By obtaining possession of Plaintiffs' Journals fraudulently and unlawfully, Defendants' have converted the property of the Plaintiffs.

59. Plaintiffs have suffered damage as a result of such conversion.

## Count 5

### Conspiracy

13

60. Plaintiffs reallege and incorporate herein by reference paragraphs 25-44 of this Complaint.

61. Defendants are two or more persons who specifically intended and agreed to all or parts of the fraudulent course of conduct described of in this Complaint.

62. Defendants each had knowledge of the course of action and each performed various unlawful and overt acts to carry out the objective of the conspiracy, to fraudulently obtain subscriptions and copies of Plaintiffs Journals and resell them.

63. Upon information and belief, Defendants Kamal Jagasia and Reshma Gidwani obtained mailboxes to order fraudulent subscriptions from Plaintiffs.

64. The creation of fraudulent names and addresses to order copies of Plaintiffs' Journals and reselling them was intended to harm Plaintiffs by usurping profits from Journal subscriptions.

65. Plaintiffs have suffered substantial harm from such conspiracy.


## Count 6

## Racketeer Influenced and Corrupt Organizations Act (RICO)

66. Plaintiffs reallege and incorporate herein by reference paragraphs 25-44 of this Complaint.

67. Defendants are an enterprise, as defined by RICO, a group of individuals associated in fact.

68. Defendants have been engaged in a pattern of racketeering activity, in violation of RICO, 18 U.S.C. §1962, et. seq.

14

69. The numerous and repetitive instances of fraud described of in this Complaint constitute a pattern.

70. Defendants committed specific predicate acts of fraud which constitute racketeering activity, including but not limited to each instance of mail or wire fraud committed when Defendants placed fraudulent subscription orders for Plaintiffs' Journals.

WHEREFORE Plaintiffs pray that this Honorable Court:

A. Issue a preliminary order enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, from placing further fraudulent subscription orders for Plaintiffs' Journals during the pendency of this litigation;

B. Issue an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, from placing further fraudulent subscription orders for Plaintiffs' Journals;

C. Award Plaintiffs treble damages pursuant to 18 U.S.C. §1964;

D. Award Plaintiffs an accounting of Defendants' profits from the fraud described of herein;

E. Award Plaintiffs their reasonable attorneys' fees, costs of suit and interest; and

F. Award Plaintiffs such other and further relief as the Court deems just and proper.

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC.,
WILEY PERIODICALS, INC., and
WILEY-LISS, INC.,

Plaintiffs,

By their attorneys,

Dated: January 28, 2005

William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

JS-44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

AMERICAN INSTITUTE OF PHYSICS, ELSEVIER, INC., WILEY PERIODICALS, INC., AND WILEY LISS, INC.

**DEFENDANTS** ASIAN BOOKS PRIVATE LIMITED, KIRAN AGARWAL, RACINI AGARWAL, GERALDINE BUNKER, VANITA BUNKER, DIAMOND & GOLD OUTLET, INC., BUNTY GIDWANI, RESHMA GIDWANI, PETER JAGASIA, DILIP JAGASIA, HARISH JAGASIA, KAMAL JAGASIA, RAMESH JAGASIA, SHEELA JAGASIA AND YOGESH JAGASIA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA  02114    617-227-7031

Attorneys (If Known)

05  10178 NMG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgement
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violation of RICO

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE  1-28-05

SIGNATURE OF ATTORNEY OF RECORD  Amy C. Mainelli

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)   AMERICAN INSTITUTE OF PHYSICS, et al.

   v. RAGINI AGARWAL, et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

FILED
IN CLERKS OFFICE

2005 JAN 28 P 2 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| [ ] | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
| [ ] | II. | 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. |
| [ ] | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| [X] | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| [ ] | V. | 150, 152, 153. |

*Also complete AO 120 or AO 121
for patent, trademark or copyright cases

05   10178 NMG

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division [ ]      Central Division [ ]      Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division [X]      Central Division [ ]      Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Amy C. Mainelli, Esq.

ADDRESS   Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, MA  02114

TELEPHONE NO.   617-227-7031

(Coversheetlocal.wpd - 10/17/02)

FILED

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS 2: 23

2005 JAN 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN INSTITUTE OF PHYSICS,<br>ELSEVIER, INC.,<br>WILEY PERIODICALS, INC., and<br>WILEY-LISS, INC.,<br><br>     Plaintiffs,<br><br>     v.<br><br>ASIAN BOOKS PRIVATE LIMITED,<br>KIRAN AGARWAL,<br>RAGINI AGARWAL,<br>GERALDINE BUNKER,<br>VANITA BUNKER,<br>DIAMOND & GOLD OUTLET, INC.,<br>BUNTY GIDWANI,<br>RESHMA GIDWANI,<br>CHITRA JAGASIA,<br>DILIP JAGASIA,<br>HARISH JAGASIA,<br>KAMAL JAGASIA,<br>RAMESH JAGASIA,<br>SHEELA JAGASIA, and<br>YOGESH JAGASIA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. _____<br><br><br>05 ⁓ 1 0 1 7 8 NMG |

## AFFIDAVIT OF ROY KAUFMAN

I, Roy Kaufman, Legal Director for John Wiley & Sons, Inc., a company

incorporated in New York and parent company of Plaintiffs Wiley Periodicals, Inc. and

Wiley-Liss, Inc., both Delaware corporations (collectively "Wiley"), both having their

principal place of business at 111 River Street, Hoboken, New Jersey 07030, hereby

under oath declare as follows:

1.      Wiley is a global publisher of print and electronic products, specializing in scientific, technical, and medical books and journals; professional and consumer books and subscription services; and textbooks and other educational materials for undergraduate and graduate students as well as lifelong learners. Wiley has approximately 22,700 active titles and about 400 journals, and publishes about 2000 new titles in a variety of print and electronic formats each year.

2.      I have been a member of the Wiley legal department since 1995 and am the primary attorney for the two Wiley subsidiaries that are the Plaintiffs in this action. I am admitted to practice law in the State of New York.

3.      Part of my role is to oversee legal matters regarding copyrights, licensing, and distribution of Wiley journals.

4.      Wiley sells subscriptions directly to individuals and institutions, and through subscription agencies.  Subscription agencies act on behalf of subscribers, primarily libraries and other large institutions, in arranging for large numbers of subscriptions to various journals, and handling billing and administrative paperwork.  For this they receive a portion of the subscription fee.

5.      Subscription rates vary depending on the type of subscriber.  The categories of Wiley subscribers are institutional full rate subscriptions, individual subscriptions, and members of learned societies.  In general, individual and member rates are substantially lower than institutional rates for such subscriptions.

6.      The reason for differences in rates is that Wiley considers an institutional subscription to be the proper rate, based upon the nature of the product.  Its journals contain high end scholarly research papers whose primary market is academic libraries

2

and similar institutions. As a service to professionals and members of societies, we offer a discounted individual subscriber rate. We could not, and do not, make subscriptions available to institutions at individual or member rates.

7.     The revenue from publication and reproduction of our journals, especially the revenue from journal subscriptions, constitutes 32% of Wiley's annual revenue and is critical to its financial health.

8.     Wiley has been aware of fraudulent subscription schemes in the past and has pursued such fraudulent activity. After reviewing its subscription records, Wiley discovered what appeared to be a similar fraudulent scheme being perpetrated by Defendants. Wiley believes that defendants use false names and addresses to obtain journal subscriptions at inexpensive individual or member rates and resell them at higher prices. Wiley gathered a list of suspicious subscriber names and addresses believed to be false based on Wiley's subscription data, and circulated it to the other plaintiffs in this action.

9.     Wiley's subscription department checked its records to see what journals had been ordered for those names and addresses. A preliminary report identifying subscriptions acquired through or by the Defendants as member or personal subscriptions is attached as Exhibit A hereto.

10.     As can be seen from Exhibit A, numerous subscriptions have been taken out in the names of these individuals or pseudo-individuals. The columns on Exhibit A, from left to right, include the journal code, year, the rate of billing (member or institutional), the name associated with the account, the credit card or check number, the name on the credit card, the address associated with the account, the amount paid for the

3

individual subscription, the currency conversion (if applicable), the amount that should have been paid if the subscriber was billed at the institutional rate, and the difference between those two rates.

11.     Assuming that Defendants have resold the individual member subscriptions identified on Exhibit A to institutions that should have paid the institutional rate, Wiley has lost approximately $52,000 to this fraudulent scheme from 2000 to 2004 given the fraudulent names and addresses currently known.   Wiley estimates that upon further inspection of defendants' records, and of its own records after discovery, that figure will be higher.  If Defendants copied and resold the subscriptions, as I believe, our damages would be even higher.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

1/27/05
_____
Date

_____
Roy Kaufman, Esq.

4

Keith Abbott

Exhibit A to Kaufman Declaration.xls

| Journal Code | Year | Rate | Name | Credit Card Number/Cheque Number | Name on Credit Card | Address 1 |
|---|---|---|---|---|---|---|
| 2002 | 1999 | Membership | Mona Navi | | | Instyle, Unit No 346 |
| JOC | 2002 | Personal | Ken Jat Clo Vicky Frandon | | | |
| 2002 | 1999 | Membership | Romi Jsisim | not available | | Unit 346 |
| 2002 | 2000 | Membership | Romi Jsisim | 4090271110061 | Romi Jagasia | Unit 346 |
| 2002 | 2001 | Membership | Mona Navi | 5490990114000 4090277 Mona Navi | | InsIyle, Unit No 346 |
| 2002 | 2001 | Membership | Romi Jsisim | 37834984410 3717253 Romi Jsisims | | Unit 346 |
| 2044 | 2003 | Personal | Kenny Jay | 5490994911021 | Kenny Jay | PO Box 5940 |
| JRS | 2004 | Personal | Agent 94913 | | | Activail Plc NIC-THR |
| 2044 | 2003 | Personal | Kenny Jay | 549099491102 | Kenny Jay | PO Box 5940 |
| ACS | 2002 | Personal | Sheron Sood | 37834984410 | Sheron Sood | 14629 South West 104 St |
| ACS | 2003 | Personal | Sheron Sood | | | 14629 South West 104 St |
| Asian Case | | | | | | |
| Research Journal | 1999 | Personal | Bunty Gidwani | not available | | PO Box 5940 |
| QRE | 2003 | Personal | Sheron Sood | | | 14629 South West 104 St |
| Asian Case | | | | | | |
| Research Journal | 1999 | Personal | Kenny Jay | | | PO Box 5940 |
| Asian Pacific Jnl | | | | | | |
| Management | 1999 | Personal | Bunty Gidwani | not available | | PO Box 5940 |
| ASMB | 1999 | Personal | Kenny Jay | not available | | PO Box 5940 |
| ASMB | 2000 | Personal | Kenny Jay | not available | | PO Box 5940 |
| Asian Pacific Jnl | | | | | | |
| Management | 1999 | Personal | Kenny Jay | | | PO Box 5940 |
| ASMB | 2001 | Personal | Kenny Jay | | | PO Box 5940 |
| MRD | 2000 | Personal | Kenny Jay | | | PO Box 5940 |
| JGT | 2003 | Personal | Kenny Jay | | | PO Box 5940 |
| ASMB | 2002 | Personal | Kenny Jay | 37834984410 | Kenny Jay | PO Box 5940 |
| 2044 | 2004 | Personal | Victor Mani | | | 14629 South West 104 St |
| JGT | 2000 | Personal | Victor Mani | | | 14629 South West 104 St |
| BIT | 2000 | Personal | Monar Nari | 5490990114000 | Monar Nari | Unit 346 |
| BIT | 2001 | Personal | Monar Nari | 37834984410 | Monar Nari | 14629 South West 104 St |
| EQE | 2000 | Special | Sam Jones | 5542912014071 | Sam Jones | 14629 South West 104 St |
| EQE | 2001 | Special | Sam Jones | 4090271110061 | Sam Jones | 14629 South West 104 St |
| JRS | 2000 | Personal | Victor Mani | | | 14629 South West 104 St |
| HRM | 1999 | Personal | Victor Mani | | | 14629 South West 104 St |
| HRM | 2001 | Personal | Victor Mani | | | 14629 South West 104 St |
| HRM | 2002 | Personal | Reshma Gidwani | not available | | PO Box 830490 |
| HIPO single issue | 1997 | Personal | Reshma Gidwani | not available | | PO Box 830490 |
| HIPO single issue | 1997 | Personal | Reshma Gidwani | not available | | PO Box 830490 |
| HIPO single issue | 1997 | Personal | Reshma Gidwani | | | PO Box 830490 |
| Asian Case | | | | | | |
| Research Journal | 2000 | Personal | Bunty Gidwani | 4269532020823 | Romi Jay | PO Box 5940 |
| HRM | 2001 | Personal | Romi Jay | | | PO Box 830490 |

Keith Abbott

Exhibit A to Kaufman Declaration.xls

| Journal | Year | Type | Name | Number | Contact | Address |
|---|---|---|---|---|---|---|
| Asian Pacific Jnl Management | 2000 | Personal | Bunty Gidwani | 438628900310... | Victor Mani | PO Box 5940 |
| HRM | 2003 | Personal | Victor Mani | 412905459715... | Victor Mani | 14629 South West 104 St |
| HRM | 2004 | Personal | Victor Mani | not available | | 14629 South West 104 St |
| JGT | 1999 | Personal | Victor Mani | | | 14629 South West 104 St |
| ASMB | 2003 | Personal | Kenny Jay | | | PO Box 5940 |
| JGT | 2000 | Special | Romi Jay | 409027111006... | Romi Jay | 14629 South West 104 St |
| JGT | 2001 | Personal | Victor Mani | 422695320923... | Victor Mani | 14629 South West 104 St |
| JGT | 2002 | Personal | Kenny Jay | | | PO Box 5940 |
| JGT | 2003 | Personal | Romi Jay | | | PO Box 5940 |
| JGT | 2001 | Special | Romi Jay | | | PO Box 5940 |
| JGT | 2002 | Personal | Kenny Jay | 409027111006... | Romi Jay | 14629 South West 104 St |
| CNCR | 1999 | Personal | Romi Jays | 378349844106... | Kenny Jay | PO Box 831327 |
| JGT | 2002 | Personal | Victor Mani | 378349844106... | Chitra Mani | 14629 South West 104 St |
| JGT | 2002 | Personal | Kenny Jay | | Kenny Jay | PO Box 5940 |
| SPE | 2001 | Personal | Reshma Gidwani | | | PO Box 830490 |
| JGT | 2002 | Special | Romi Jay | 371725306416... | Romi Jay | 14629 South West 104 St |
| JGT | 2003 | Personal | Victor Mani | 378349844106... | Victor Mani | 14629 South West 104 St |
| JGT | 2004 | Personal | Victor Mani | 412905459715... | Victor Mani | 14629 South West 104 St |
| JGT | 2000 | Personal | Ken Jat C/o Vicky Frandon | 378349844106... | Ken Jat | PSL Group |
| JOC | 2001 | Personal | Ken Jat C/o Vicky Frandon | 378349844106... | Ken Jat | PSL Group |
| JOC | | Personal | | | | 14629 South West 104 St |
| JRS | 1999 | Personal | Victor Mani | not available | | Instyle, Unit No 346 |
| 2002 | 2000 | Membership | Mona Navi | 542912014070924-declined | Kamal Jagasia | Insyle, Unit No 346 |
| JRS | 2000 | Membership | Mona Navi | 549099011400... | Rose | Activair Plc NIC-THR |
| 2002 | 2002 | Membership | Mona Navi | | | Insyle, Unit No 346 |
| 2002 | 2001 | Personal | Rose | 378349844106... | Pat Romi | 14629 South West 104 St |
| JRS | 2002 | Personal | Romi Jay | | | Activair Plc NIC-THR |
| SPE | 2003 | Personal | Rose | 378349844106... | Rose | Activair Plc NIC-THR |
| JRS | 2003 | Personal | Agent 94913 | 378349844106... | Rose | Activair Plc NIC-THR |
| MRD | 1999 | Personal | Kenny Jay | 409027111006... | Kenny Jay | PO Box 5940 |
| JGT | 2003 | Special | Romi Jay | | | 14629 South West 104 St |
| ORE | 2002 | Personal | Sheron Sood | 378349844106... | Sheron Sood | 14629 South West 104 St |
| EQE | 2002 | Special | Sam Jones | | | 14629 South West 104 St |
| SDR | 2001 | Personal | Harry Jagasia | | | 411 Greene Street |
| SDR | 2003 | Membership | Sharon Jackson | 409027111006... | Kenny Jay | 14629 South West 104 St |
| SDR | 2002 | Membership | Sharon Jackson | 2560 | | 14629 South West 104 St |
| SDR | 2004 | Membership | Sharon Jackson | 2759 | | 14629 South West 104 St |
| SDR | 2001 | Personal | Sharon Jackson | | | Unit 346 |
| JPS | 1999 | Special | Romi Jsisim | not available | | Unit 346 |
| JPS | 2000 | Special | Romi Jsisim | not available | | PO Box 830490 |
| SPE | 1999 | Personal | Reshma Gidwani | | | 14629 South West 104 St |
| BIT | 2002 | Personal | Monar Nari | | | Unit 346 |
| ORE | 2004 | Personal | Sharon Jackson | 378349844106... | Harish Jay | 14629 South West 104 St |
| SPE | 2000 | Personal | Reshma Gidwani | 409027111006... | Reshma Gidwani | PO Box 830490 |
| SPE | 2001 | Personal | Harry Jagasia | | | 411 Greene Street |
| SPE | 2000 | Personal | Harry Jagasia | | Kenny Jay | 411 Greene Street |
| SDR | 2000 | Personal | Harry Jagasia | 409027111006... | | 411 Greene Street |

Keith Abbott

Exhibit A to Kaufman Declaration.xls

| JGT | 2002 | Personal | Pallavi Sood | 4378********5197 | Victor Mani | Unit 346 |
|---|---|---|---|---|---|---|
| 2002 | 2004 | Membership | Pallavi Sood | 378349844410 | | Unit 346 |
| 2002 | 2003 | Membership | Pallavi Sood | 3783*******050 | | Unit 346 |
| 2002 | 2002 | Membership | Pallavi Sood | 3783*******050 | | Unit 346 |
| GJ | 2001 | Personal | Pallavi Sood | 3783*******001 | | Unit 346 |
| BJS | 2004 | Personal | Pallavi Sood | 3783*******001 | | Unit 346 |
| 2259 | 2002 | Personal | Y.G. Agasi | 4386*******3510 | Y.G. Agasi | PMB 155 |
| 2259 | 2001 | Personal | Y.G. Agasi | 3783*******006 | Y.G. Agasi | PMB 155 |

1/27/2005

Exhibit A to Kaufman Declaration.xls

| Address 2 | Address 3 | Zip | Country | Amount Paid (Personal/Member Rate) | Currency Conversion | Institutional Rate | Rate Differential |
|---|---|---|---|---|---|---|---|
| 14629 South West 104 St | Miami | FL33186 | USA | 278.00 | 278.00 | 1948.0 | 1670.00 |
| PMB 346 | Miami | FL33186 | USA | 278.00 | 278.00 | 1948.0 | 0.00 |
| 14629 South West 104 St | Miami | FL33186 | USA | 308.00 | 308.00 | 2198.00 | 1890.00 |
| 14629 South West 104 St | Miami | FL33186 | USA | 308.00 | 308.00 | 2528.00 | 2220.00 |
| 14629 South West 104 St | Miami | FL33186 | USA | 474.60 | 474.60 | 2528.00 | 2053.40 |
| 14629 South West 104 St | Miami | FL33186 | USA | 98.00 | 98.00 | 2328.00 | 2230.00 |
| Unit One Action Court Ashford Road | Ashford | TW15 1XS | GBR | | | 0.00 | 0.00 |
| PMB 346 | Miami | FL33283 | USA | 98.00 | 98.00 | 2328.00 | 2230.00 |
| PMB 346 | Miami | FL33186 | USA | 1075.00 | 1075.00 | 1430.00 | 355.00 |
| PMB 346 | Miami | FL33186 | USA | | | | 0.00 |
| PMB 346 | Miami | FL33283 | USA | 45.00 | 45.00 | 60.00 | 16.00 |
| | Miami | FL33186 | USA | | | | 0.00 |
| PMB 346 | Miami | FL33283 | USA | 71.00 | 71.00 | 105.00 | 34.00 |
| | Miami | FL33283 | USA | 615.00 | 615.00 | 825.00 | 210.00 |
| | Miami | FL33283 | USA | 680.00 | 680.00 | 905.00 | 225.00 |
| PMB 346 | Miami | FL33283 | USA | | | 0.00 | 0.00 |
| | Miami | FL33283 | USA | | | | 0.00 |
| | Miami | FL33283 | USA | | | | 0.00 |
| | Miami | FL33283 | USA | 945.00 | 945.00 | 1090.00 | 145.00 |
| | Miami | FL33283 | USA | | | | 0.00 |
| 14629 South West 104 St | Miami | FL33186 | USA | 575.00 | 575.00 | 3495.00 | 2920.00 |
| 14629 South West 104 St | Miami | FL33186 | USA | 575.00 | 575.00 | 3795.00 | 3220.00 |
| | Miami | FL33186 | USA | 195.00 | 195.00 | 2190.00 | 1995.00 |
| | Miami | FL33186 | USA | 210.00 | 210.00 | 2405.00 | 2195.00 |
| PMB 346 | Miami | FL33186 | USA | 345.00 | 345.00 | 558.00 | 213.00 |
| PMB 346 | Miami | FL33186 | USA | 180.00 | 180.00 | 460.00 | 280.00 |
| PMB 346 | Miami | FL33186 | USA | 165.00 | 165.00 | 499.00 | 334.00 |
| PMB 346 | Miami | FL33283 | USA | 39.50 | 39.50 | 470.00 | 430.50 |
| PMB 346 | Miami | FL33283 | USA | 39.50 | 39.50 | 470.00 | 430.50 |
| PMB 346 | Miami | FL33283 | USA | 39.50 | 39.50 | 470.00 | 430.50 |
| | Miami | FL33283 | USA | | | | 0.00 |
| | Miami | FL33283 | USA | 225.00 | 225.00 | 460.00 | 235.00 |

Keith Abbott

1/27/2005

Exhibit A to Kaufman Declaration.xls

| Account | City | Postcode | Country | | | | |
|---|---|---|---|---|---|---|---|
| PMB 346 | Miami | FL33283 | USA | 298.00 | 298.00 | 549.00 | 0.00 |
| PMB 346 | Miami | FL33186 | USA | 325.00 | 325.00 | 599.00 | 261.00 |
| PMB 346 | Miami | FL33186 | USA | 95.00 | 95.00 | 1135.00 | 274.00 |
| PMB 346 | Miami | FL33186 | USA | | | 0.00 | 1040.00 |
| PMB 346 | Miami | FL33283 | USA | 180.00 | 180.00 | 1295.00 | 0.00 |
| PMB 346 | Miami | FL33186 | USA | 198.00 | 198.00 | 1420.00 | 1116.00 |
| PMB 346 | Miami | FL33186 | USA | | | 1420.00 | 1222.00 |
| Quayside Industrial Estate | Maldon | CM9 5WB | GBR | 180.00 | 180.00 | 0.00 | 0.00 |
| Quayside industrial Estate | Maldon | CM9 5WB | GBR | 130.00 | 130.00 | 1555.00 | 1240.00 |
| PMB 346 | Miami | FL33186 | USA | 165.00 | 165.00 | 437.00 | 1425.00 |
| PMB 346 | Miami | FL33186 | USA | 130.00 | 130.00 | 272.00 | 1425.00 |
| PMB 346 | Miami | FL33283283 1327 | USA | 945.00 | 945.00 | 1555.00 | 272.00 |
| PMB 346 | Miami | FL33283 | USA | 130.00 | 130.00 | 1555.00 | 610.00 |
| PMB 346 | Miami | FL33283 | USA | 160.00 | 130.00 | 1670.00 | 0.00 |
| Unit One Action Court Ashford Road | Ashford | TW15 1XS | GBR | 864.00 | 1658.88 | 1835.00 | 1425.00 |
| Unit One Action Court Ashford Road | Ashford | FL33186 | USA | 860.00 | 1651.20 | 1730.00 | 1540.00 |
| Unit One Action Court Ashford Road | Ashford | TW15 1XS | GBR | 2245.00 | 2245.00 | 1900.00 | 1685.00 |
| Unit One Action Court Ashford Road | Ashford | TW15 1XS | GBR | | | 2995.00 | 71.12 |
| 14629 South West 104 St | Miami | FL33186 | USA | 1,490.00 | 2860.80 | 3,290.00 | 248.80 |
| 14629 South West 104 St | Miami | FL33186 | USA | | | | 750.00 |
| PMB 346 | Ashford | TW15 1XS | GBR | 1,640.00 | 3148.80 | 3,615.00 | 0.00 |
| Unit One Action Court Ashford Road | Ashford | TW15 1XS | GBR | 1985.00 | 3811.20 | 3975.00 | 429.20 |
| Unit One Action Court Ashford Road | Miami | FL33283 | USA | 2047.25 | 3930.72 | 4315.00 | 0.00 |
| PMB 346 | Miami | FL33186 | USA | 350.00 | 350.00 | 2950.00 | 466.20 |
| PMB 346 | Miami | FL33186 | USA | | | | 466.20 |
| PMB 346 | Keywest | FL33040 | USA | 1035.00 | 1035.00 | 1380.00 | 163.80 |
| PMB 346 | Miami | FL33186 | USA | | | 465.00 | 384.28 |
| PMB 346 | Miami | FL33186 | USA | | | 0.00 | 2600.00 |
| PMB 346 | Miami | FL33186 | USA | 465.00 | 465.00 | 465.00 | 0.00 |
| PMB 346 | Keywest | FL33186 | USA | 90.00 | 90.00 | 557.00 | 345.00 |
| PMB 346 | Miami | FL33186 | USA | 90.00 | 90.00 | 622.00 | 0.00 |
| PMB 346 | Miami | FL33186 | USA | 72.00 | 72.00 | 480.00 | 467.00 |
| PMB 346 | Miami | FL33283 | USA | | | | 532.00 |
| 14629 South West 104 St | Miami | FL33186 | USA | 1345.00 | 1345.00 | 1795.00 | 408.00 |
| 14629 South West 104 St | Miami | FL33283 | USA | 1345.00 | 1345.00 | 1795.00 | 450.00 |
| PMB 346 | Miami | FL33040 | USA | | | | 450.00 |
| PMB 346 | Miami | FL33186 | USA | 0.00 | 0.00 | 1970.00 | 0.00 |
| PMB 346 | Miami | FL33040 | USA | 1495.00 | 1495.00 | | 475.00 |
| PMB 346 | Keywest | FL33040 | USA | | 0.00 | | 0.00 |
| PMB 346 | Keywest | FL33040 | USA | 1785.00 | 1785.00 | 1970.00 | 185.00 |
| | Keywest | FL33040 | USA | | 0.00 | | 0.00 |

Exhibit A to Kaufman Declaration.xls

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14629 SW 104 Street | Miami | FL33040 | USA | 130 | 130.00 | 1555 | 1425.00 |
| 14629 SW 104 Street | Miami | FL33040 | USA | 378.00 | 378.00 | 4090.00 | 3712.00 |
| 14629 SW 104 Street | Miami | FL33040 | USA | 348.00 | 348.00 | 3718.00 | 3370.00 |
| 14629 SW 104 Street | Miami | FL33040 | USA | 318.00 | 318.00 | 2878.00 | 2560.00 |
| 14629 SW 104 Street | Miami | FL33040 | USA | 585.00 | 585.00 | 775.00 | 190.00 |
| 14629 SW 104 Street | Miami | FL33040 | USA | 162.00 | 162.00 | 318.00 | 156.00 |
| 14629 SW 104 Street | Miami | FL32607 | USA | 168.00 | 168.00 | 848.00 | 680.00 |
| 3324 West University Avenue | GAINESVILLE | FL32607 | USA | 164.00 | 164.00 | 598.00 | 434.00 |
| 3324 West University Avenue | GAINESVILLE | | | | | | |

Keith Abbott

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

2005 JAN 28 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN INSTITUTE OF PHYSICS, ELSEVIER, INC., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIAN BOOKS PRIVATE LIMITED, KIRAN AGARWAL, RAGINI AGARWAL, GERALDINE BUNKER, VANITA BUNKER, DIAMOND & GOLD OUTLET, INC., BUNTY GIDWANI, RESHMA GIDWANI, CHITRA JAGASIA, DILIP JAGASIA, HARISH JAGASIA, KAMAL JAGASIA, RAMESH JAGASIA, SHEELA JAGASIA, and YOGESH JAGASIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. _____

05  1 0 1 7 8

## AFFIDAVIT OF WILLIAM S. STRONG

I, William S. Strong, of Lexington, Massachusetts, hereby under oath declare as follows:

1.    I represent Plaintiffs American Institute of Physics ("AIP"), Elsevier, Inc. ("Elsevier"), Wiley Periodicals, Inc. and Wiley-Liss, Inc. (collectively "Wiley"). The information stated here is based on communications had by myself and/or my associate

Amy Mainelli with a Florida Postal Inspector and research into corporate records and other public information regarding defendants.

2.    Plaintiff Wiley discovered the fraud that is the subject of this action after reviewing its subscription records. It circulated a list of suspicious subscriber names and addresses to the other plaintiffs. Collectively, the plaintiffs have identified approximately 43 names and 20 addresses which appear to be used by defendants in ordering subscriptions from plaintiffs at heavily discounted individual rates. We believe it probable that other names and addresses are being used that we have not yet identified.

3.    We were able to determine through investigation, and conversations with a postal inspector in Florida, that the mailboxes listed below, which have been used to order subscriptions to Plaintiffs' journals, are leased to the following persons:

- P.O. Box 5940, Miami, FL 33283 - Kamal Jagasia

- P.O. Box 831327 Miami FL 33283 - Dilip Jagasia and Reshma Gidwani

- 14629 South West 104 St, PMB 346, Miami, FL 33823 - In Style International, Inc., an inactive company whose director and agent for service of process was Ramesh Jagasia

- 300 Brookline Ave, Box 207, Boston, MA 02115 – Ragini Agarwal

The following addresses, which have also been used to order subscriptions to Plaintiffs' journals, belong to the following defendants:

- 1003 18th Street, Key West, FL 33040 – Kamal and Sheela Jagasia

- 411 Greene Street, Key West FL 33040 – Diamond & Gold Outlet, Inc.

- 3701 Pearlman Terrace, Key West, FL 33040 – Ramesh Jagasia

- 7111 Greenyard Drive, Houston, TX 77086 – Geraldine Bunker

- 135 East Main Street, Westborough, MA 01581 – Ragini Agarwal

2

- 3324 W. University Ave, PMB 155, Gainesville FL 32607 – Yogesh Jagasia[1].

4.    As stated in the Complaint, we believe that one of the purposes of the subscription fraud perpetrated by the defendants is to obtain journals at heavily discounted individual rates and resell them at prices at or near the regular institutional rates. We believe that these sales are occurring overseas, in India and perhaps other countries. Through online research we have discovered that defendants Kamal and Sheela Jagasia are or were the owners and operators of Avi Impex Books and Journals, Inc., which is currently in "inactive" status according to the Florida Secretary of State's records. The name suggests that the company is or was in the business of, *inter alia*, exporting books and journals from the U.S.   In addition, we have learned that defendant Kamal Jagasia is the managing director of Asian Books Private Limited, an Indian company that describes itself on its website as an importer, distributor, publisher and subscription agent. Plaintiff Elsevier has received full rate subscription orders in the past from Asian Books Private Limited; *see* Declaration of Mark Seeley at ¶ 4, submitted herewith.

5.    As more fully described in the Kaufman Declaration, a subscription agency is an intermediary between publishers and the libraries that want to subscribe to publishers' journals. Essentially, libraries outsource the paperwork and payment operations involved in journal subscriptions to subscription agencies such as Asian Books. The fact that Asian Books is engaged in this business means that it is uniquely placed to resell to libraries the journals issues obtained through a fraudulent scheme such as described in the Complaint.

---

[1] A subscription order placed to this address was made in the name of Y G Agasi, which Plaintiffs believe to be a pseudonym for Yogesh Jagasia, of 2810 34th Street SW, Gainesville, FL 32608.

6.      We are seeking an Order from this honorable Court freezing, in part, the assets of the defendants. We do so out of fear that without such an order defendants will attempt to remove assets from the jurisdiction of this Court.

7.      According to the relevant tax rolls, defendants Reshma Gidwani, Dilip Jagasia, Kamal Jagasia, and Sheela Jagasia own certain real estate in Key West, Florida and defendant Harish Jagasia owns certain real estate in Miami, Florida. However, all of such real estate is subject to mortgage at a level close to its tax-appraised value. Defendant Geraldine Bunker owns certain real estate in Texas. Other than her personal residence which is subject to a homestead exemption, these properties consist of a few lots ranging in value from approximately $1,000 to $3,000. The only unencumbered piece of real estate we have been able to locate belongs to defendant Ramesh Jagasia at 3701 Pearlman Terrace, Key West, FL 33040 and we seek an Order preventing the transfer or encumbrance of such property because we fear that the defendant owner will attempt to remove it from our reach when he is notified of the filing of this case. The remaining defendants do not appear to own any real property. I will if the Court requests be happy to provide the records on which the above statement is based.

8.      According to the online records of the Florida Secretary of State, the following defendants own businesses involved in the jewelry trade:

Sheela, Chitra and Kamal Jagasia
Diamond & Gold Outlet, Inc.- *active*
411 Greene St
Key West, FL 33040

Dilip Jagasia
Italian Jewelers of Key West, Inc. – *active*
304 Front St.
Key West, FL 33040

Kamal Jagasia
Discount Gold Center, Inc. – *inactive*
134 Duval Street
Key West, FL 33040

The assets of such businesses are of course easily transported without detection and easily converted to cash. I am informed that at least one of the Jagasia companies is involved in importing art and artifacts – also objects that are easily transported and converted to cash.

9.      We estimate the damages plaintiffs have suffered from fraudulent resale of subscriptions to be not less than $145,000. Such figure is subject to trebling under RICO, 18 U.S.C. § 1964(c), and defendants are also subject to a fee award under RICO, *Id.*, and under the Copyright Act, 17 U.S.C. §506, if applicable. Thus, defendants' liability in this action exceeds $435,000. Unless defendants' assets are kept within the United States, there is no reasonable likelihood of plaintiffs being able to obtain satisfaction of a judgment of this magnitude. If, as we suspect, defendants are also engaged in unauthorized reproduction of plaintiffs' journals, the amount at issue will be even greater.

10.     We have obtained information we believe to be reliable, indicating that Kamal Jagasia frequently travels from the U.S. to Great Britain and to India. Presumably, he does so in connection with Asian Books Private Limited and any other businesses he may own in India. Presumably, also, he has personal bank accounts and the like in India and perhaps elsewhere. He thus has the means and opportunity to remove quickly from the jurisdiction of this court any intangible assets and any moveable tangible assets in his possession or that of his co-defendant family members. His willingness to commit fraud as described in the Complaint makes clear that he would not

scruple to do so. We hope that the threat of civil or criminal contempt proceedings for violation of this Court's order will supply the needed incentive to honesty.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

_____

Date

_____

William S. Strong, Esq.

FILED
UNITED STATES DISTRICT COURT IN CLERKS OFFICE
for the
DISTRICT OF MASSACHUSETTS 2005 JAN 28 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN INSTITUTE OF PHYSICS, ELSEVIER, INC., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIAN BOOKS PRIVATE LIMITED, KIRAN AGARWAL, RAGINI AGARWAL, GERALDINE BUNKER, VANITA BUNKER, DIAMOND & GOLD OUTLET, INC., BUNTY GIDWANI, RESHMA GIDWANI, CHITRA JAGASIA, DILIP JAGASIA, HARISH JAGASIA, KAMAL JAGASIA, RAMESH JAGASIA, SHEELA JAGASIA, and YOGESH JAGASIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. _____

05    10178 NMG

## AFFIDAVIT OF MARC BRODSKY

I, Marc H. Brodsky, Executive Director and CEO of the American Institute of

Physics ("AIP"), a nonprofit corporation incorporated in New York with a principal place

of business at One Physics Ellipse, College Park, MD, 20740, hereby under oath declare

as follows:

1.      AIP is a learned society established for the purpose of promoting the

advancement and diffusion of the knowledge of physics and its application to human

welfare. It serves its member societies, their associates, individual scientists, educators, research and development leaders, and the general public with programs, services and publications. It publishes scholarly magazines, conference proceedings and more than ten journals covering many aspects of the field of physics and also for several other societies that publish journals in physics and related fields.

2.     I have been Executive Director and CEO since November 1993.

3.     Part of my role is to oversee legal matters regarding copyrights and distribution of AIP journals.

4.     AIP sells journal subscriptions directly to individuals and institutions, and through subscription agencies. Subscription agencies act on behalf of subscribers, primarily libraries and other large institutions, in arranging for large numbers of subscriptions to various journals, and handling billing and administrative paperwork. For this they usually receive a fee from the subscriber. AIP does not pay fees to subscription agents, but offers a small rebate for orders received with electronic files in an acceptable format.

5.     AIP's subscription rates vary depending on the type of subscriber. The categories of AIP subscribers are institutional full rate subscriptions, individual subscriptions, and members of AIP and other learned societies. In general, individual and member rates are substantially lower than institutional rates for such subscriptions.

6.     The reason for differences in rates is that AIP considers an institutional subscription to be the primary market rate, based upon the expectation that the library copy will be reviewed and used by a number of users. AIP journals contain high end scholarly research papers whose primary market is academic libraries and similar

institutions. As a service to professionals and members of societies, we offer a discounted individual subscriber rate, for individual use. We could not, and do not, make subscriptions available to institutions at the discounted individual or member rates, and whenever a person subscribes to one of our journals he, she or it must indicate whether the subscription is for an individual or an institution.

7.    Member subscriptions for AIP's print journals explicitly state that they are for personal use only. The letter sent to subscribers renewing at member rates states "Print and online subscriptions at reduced member rates are for personal use only. These subscriptions are not intended for release to libraries, reading rooms, or for any other institutional purpose. By returning your invoice along with payment you are acknowledging this principle and your agreement to comply."

8.    The revenue from publication and reproduction of our journals, especially the revenue from journal subscriptions, constitutes roughly half of the annual revenue of AIP and is critical to its and their financial health.

9.    AIP has been aware of fraudulent subscription schemes in the past and has pursued such fraudulent activity. When Plaintiff Wiley discovered a fraudulent scheme being perpetrated by defendants it circulated a list of subscriber names and addresses believed to be false.

10.    When I received the list, I had AIP's circulation and fulfillment department check its records to see what journals had been ordered for those names and addresses for the past four years. Its preliminary report is attached as <u>Exhibit A</u> hereto.

11.    As can be seen from Exhibit A, numerous subscriptions have been taken out in the name of these individuals or pseudo-individuals. The columns on Exhibit A,

from left to right, include the name and address associated with the account, the rate, the society associated with the journal, the journal name, the start and end date of the subscription, the invoice amount, the amount paid (based on the billing rate), the amount that should have been paid if the subscriber was billed at the institutional rate, and the difference between those two rates.

12.    Assuming that Defendants have resold the individual member subscriptions identified on Exhibit A to institutions that should have paid the institutional rate, AIP has lost over $63,000 to this fraudulent scheme given the fraudulent names and addresses currently known.   AIP estimates that upon further inspection of defendants' records, and of its own records after discovery, that figure will be higher.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

January 27, 2005
Date

Marc H. Brodsky

4

| Name | Address 1 | Address 2 | Address 3 |
|------|-----------|-----------|-----------|
| DILIP JAGASIA | POB 831327 | Miami, FL 33283-0000 | |
| DILIP JAGASIA | POB 831327 | Miami, FL 33283-0000 | |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KENNY JAY | Apt 346 PMB | 14629 SW 104th St | Miami, FL 33186-0000 |
| KENNY JAY | Apt 346 PMB | 14629 SW 104th St | Miami, FL 33186-0000 |
| KENNY JAY | Apt 346 PMB | 14629 SW 104th St | Miami, FL 33186-0000 |
| MS GERI BUNKER | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| DILIP JAGASIA | POB 831327 | Miami, FL 33283-0000 | |
| SHARON JACKSON | 1003 18th St | Key West, FL 33040-0000 | |
| SHARON JACKSON | PO Box 5940 | Miami, FL 33283-0000 | |
| Y G AGASI | PNB 155 | 3324 W University Ave | Gainesville, FL 32607-0000 |
| Y G AGASI | PNB 155 | 3324 W University Ave | Gainesville, FL 32607-0000 |
| DILIP JAGASIA | POB 831327 | Miami, FL 33283-0000 | |
| MS GERI BUNKER | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| ROMI JAY | PMB346 | 14629 SW 104th Street | Miami, FL 33186-0000 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| Y G AGASI | PNB 155 | 3324 W University Ave | Gainesville, FL 32607-0000 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KIRAN AGARWAL | No 153 | 2470 S Dairy Ashford Street | Houston, TX 77077-5716 |
| KENNY JAY | Apt 346 PMB | 14629 SW 104th St | Miami, FL 33186-0000 |
| Y G AGASI | PNB 155 | 3324 W University Ave | Gainesville, FL 32607-0000 |
| DILIP JAGASIA | POB 831327 | Miami, FL 33283-0000 | |
| TOM MARTIN | 1003 18th Street | Key West, FL 33040-0000 | |
| SHARON JACKSON | 1003 18th St | Key West, FL 33040-0000 | |
| MS GERI BUNKER | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL 33186-0000 |
| Y G AGASI | PNB 155 | 3324 W University Ave | Gainesville, FL 32607-0000 |
| DILIP JAGASIA | POB 831327 | Miami, FL 33283-0000 | |

| Name | Address 1 | Address 2 | Address 3 |
|------|-----------|-----------|-----------|
| TOM MARTIN | 1003 18th Street | Key West, FL  33040-0000 | |
| TOM MARTIN | 1003 18th Street | Key West, FL  33040-0000 | |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL  33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL  33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL  33186-0000 |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL  33186-0000 |
| TOM MARTIN | 1003 18th Street | Key West, FL  33040-0000 | |
| SHERON JACKSON | PMB 346 | 14629 SW 104 St | Miami, FL  33186-0000 |

| POSTAL | CITY | STATE | FAMIS_RATE_CD | RATE_CD | PACK_TY | PACK_NM |
|--------|------|-------|---------------|---------|---------|---------|
| 33283-0000 | Miami | FL | MR | | AIP | J CHEM PHYS PRINT W/ONLINE |
| 33283-0000 | Miami | FL | MR | | AIP | REV SCI INSTR PRINT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | AIP | J APPL PHYS PRINT W/ONLINE |
| 33186-0000 | Miami | FL | NM | OV | ICDD | POWDER DIFFRACTION PRINT |
| 33186-0000 | Miami | FL | MR | | IOP | JRNL OF PHYS CONDENSED MATTER |
| 33186-0000 | Miami | FL | MR | | IOP | PUBLIC UNDERSTANDING SCIENCE |
| 33186-0000 | Miami | FL | NM2 | | IOP | PLASMA SOURCES SCIENCE & TECH |
| 33283-0000 | Miami | FL | MR | | AIP | APPL PHYS LETT PRINT W/ONLINE |
| 33040-0000 | Key West | FL | MR | | AIP | APPL PHYS LETT PRINT W/ONLINE |
| 33283-0000 | Miami | FL | NM2 | | AIP | PHYSICS TODAY |
| 32607-0000 | Gainesville | FL | NM2 | | AIP | PHYSICS TODAY |
| 32607-0000 | Gainesville | FL | NM2 | | ICDD | POWDER DIFFRACTION PRINT |
| 33283-0000 | Miami | FL | MR | | IOP | PUBLIC UNDERSTANDING SCIENCE |
| 33186-0000 | Miami | FL | NM2 | | IOP | PLASMA SOURCES SCIENCE & TECH |
| 33186-0000 | Miami | FL | NM2 | | NAS | PNAS PRINT & ONLINE |
| 77077-5716 | Houston | TX | MR | | AAPM | MEDICAL PHYSICS PRINT W/ONLINE |
| 32607-0000 | Gainesville | FL | NM2 | | AIP | PHYSICS TODAY |
| 77077-5716 | Houston | TX | MR | | AIP | APPL PHYS LETT PRINT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | AIP | J APPL PHYS PRINT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | AIP | J CHEM PHYS PRINT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | AIP | J MATH PHYS PRINT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | AIP | REV SCI INSTR PRINT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | APS | PHYS REV LETTERS PRNT W/ONLINE |
| 77077-5716 | Houston | TX | MR | | APS | REV MODERN PHYS PRINT/ONLINE |
| 33186-0000 | Miami | FL | NM | OV | ICDD | POWDER DIFFRACTION PRNT/ONLINE |
| 32607-0000 | Gainesville | FL | NM2 | | ICDD | POWDER DIFFRACTION PRNT/ONLINE |
| 33283-0000 | Miami | FL | MR | | IOP | PUBLIC UNDERSTANDING SCIENCE |
| 33040-0000 | Key West | FL | NM2 | | IOP | PUBLIC UNDERSTANDING SCIENCE |
| 33040-0000 | Key West | FL | NM | OV | IOP | JRNL OF PHYS CONDENSED MATTER |
| 33186-0000 | Miami | FL | NM2 | | IOP | PLASMA SOURCES SCIENCE & TECH |
| 33186-0000 | Miami | FL | MR | AP | AIP | JCP PRNT/ONLINE/BACKFILE |
| 33186-0000 | Miami | FL | MR | AP | AIP | POP PRNT/ONLINE/BACKFILE |
| 33186-0000 | Miami | FL | MR | AP | AIP | PHYSICS TODAY |
| 33186-0000 | Miami | FL | MR | AP | AIP | RSI PRNT/ONLINE/BACKFILE |
| 32607-0000 | Gainesville | FL | NM2 | | AIP | PHYSICS TODAY |
| 33283-0000 | Miami | FL | MR | | IOP | PUBLIC UNDERSTANDING SCIENCE |

| POSTAL | CITY | STATE | FAMIS_RATE_CD | RATE_CD | PACK_TY | PACK_NM |
|--------|------|-------|---------------|---------|---------|---------|
| 33040-0000 | Key West | FL | NM2 | | IOP | PLASMA SOURCES SCIENCE & TECH |
| 33040-0000 | Key West | FL | NM2 | | IOP | PUBLIC UNDERSTANDING SCIENCE |
| 33186-0000 | Miami | FL | MR | AP | AIP | JCP PRNT/ONLINE/BACKFILE |
| 33186-0000 | Miami | FL | MR | AP | AIP | PHYSICS TODAY |
| 33186-0000 | Miami | FL | MR | AP | AIP | RSI PRNT/ONLINE/BACKFILE |
| 33186-0000 | Miami | FL | MR | | AIP | PHYS OF FLUIDS PRINT W/ONLINE |
| 33040-0000 | Key West | FL | NM2 | | IOP | PLASMA SOURCES SCIENCE & TECH |
| 33186-0000 | Miami | FL | MR | | AIP | PHYS OF FLUIDS PRINT W/ONLINE |

| START_DT | END_DT | INVOICE_AMT | PAYMENT_AMT | INST RATE | DIFF. |
|---|---|---|---|---|---|
| 1-Jan-00 | 31-Dec-00 | 285 | 285 | 4105 | $ 3,820 |
| 1-Jan-00 | 31-Dec-00 | 105 | 105 | 1320 | $ 1,215 |
| 1-Jan-00 | 31-Dec-00 | 255 | 255 | 2855 | $ 2,600 |
| 1-Jan-00 | 31-Dec-00 | 60 | 60 | 105 | $ 45 |
| 1-Jan-00 | 31-Dec-00 | 428 | 428 | 6997 | $ 6,569 |
| 1-Jan-00 | 31-Dec-00 | 101 | 101 | 249 | $ 148 |
| 1-Jan-00 | 31-Dec-00 | 245 | 245 | 508 | $ 263 |
| 1-Jan-00 | 31-Dec-01 | 210 | 210 | 2035 | $ 1,825 |
| 1-Jan-01 | 31-Dec-01 | 210 | 210 | 2035 | $ 1,825 |
| 1-Jan-01 | 31-Dec-01 | 69 | 69 | 215 | $ 146 |
| 1-Jan-01 | 31-Dec-01 | 69 | 69 | 215 | $ 146 |
| 1-Jan-01 | 31-Dec-01 | 60 | 60 | 105 | $ 45 |
| 1-Jan-01 | 31-Dec-01 | 150 | 150 | 265 | $ 115 |
| 1-Jan-01 | 31-Dec-01 | 260 | 260 | 540 | $ 280 |
| 1-Jan-01 | 31-Dec-01 | 0 | 0 | | |
| 1-Jan-02 | 31-Dec-02 | 245 | 245 | 770 | $ 525 |
| 1-Jan-02 | 31-Dec-02 | 69 | 0 | | |
| 1-Jan-02 | 31-Dec-02 | 230 | 230 | 2230 | $ 2,000 |
| 1-Jan-02 | 31-Dec-02 | 310 | 310 | 3365 | $ 3,055 |
| 1-Jan-02 | 31-Dec-02 | 345 | 345 | 4835 | $ 4,490 |
| 1-Jan-02 | 31-Dec-02 | 140 | 140 | 2265 | $ 2,125 |
| 1-Jan-02 | 31-Dec-02 | 130 | 130 | 1550 | $ 1,420 |
| 1-Jan-02 | 31-Dec-02 | 280 | 280 | 3195 | $ 2,915 |
| 1-Jan-02 | 31-Dec-02 | 170 | 170 | 570 | $ 400 |
| 1-Jan-02 | 31-Dec-02 | 70 | 0 | | |
| 1-Jan-02 | 31-Dec-02 | 70 | 0 | | |
| 1-Jan-02 | 31-Dec-02 | 70 | 0 | | |
| 1-Jan-02 | 31-Dec-02 | 160 | 0 | | |
| 1-Jan-02 | 31-Dec-02 | 160 | 160 | 280 | $ 120 |
| 1-Jan-02 | 31-Dec-02 | 475 | 475 | 7915 | $ 7,440 |
| 1-Jan-02 | 31-Dec-02 | 275 | 275 | 570 | $ 295 |
| 1-Aug-03 | 31-Jul-03 | 434 | 434 | 5365 | $ 4,931 |
| 1-Aug-02 | 31-Jul-03 | 205 | 205 | 2570 | $ 2,365 |
| 1-Aug-02 | 31-Jul-03 | 0 | 0 | 250 | $ 250 |
| 1-Aug-02 | 31-Jul-03 | 177 | 177 | 1755 | $ 1,578 |
| 1-Jan-03 | 31-Dec-03 | 69 | 0 | | |
| 1-Jan-03 | 31-Dec-03 | 170 | 0 | | |

| START_DT | END_DT | INVOICE_AMT | PAYMENT_AMT | INST RATE | | DIFF. | |
|---|---|---|---|---|---|---|---|
| 1-Jan-03 | 31-Dec-03 | 290 | 290 | | 600 | $ | 310 |
| 1-Jan-03 | 31-Dec-03 | 170 | 170 | | 295 | $ | 125 |
| 1-Aug-03 | 31-Jul-04 | 479 | 479 | | 6090 | $ | 5,611 |
| 1-Aug-03 | 31-Jul-04 | 0 | 0 | | 295 | $ | 295 |
| 1-Aug-03 | 31-Jul-04 | 194 | 194 | | 1995 | $ | 1,801 |
| 1-Jan-04 | 31-Dec-04 | 190 | 190 | | 2455 | $ | 2,265 |
| 1-Jan-04 | 31-Dec-04 | 310 | 0 | | 640 | $ | 640 |
| 1-Jan-05 | 31-Dec-05 | 219 | 0 | | | | |
| | | | | | | $ | 63,998 |

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

2005 JAN 28 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN INSTITUTE OF PHYSICS, )
ELSEVIER, INC., )
WILEY PERIODICALS, INC., and )
WILEY-LISS, INC., )
 )
    Plaintiffs, )
 )
    v. )
 )
ASIAN BOOKS PRIVATE LIMITED, )
KIRAN AGARWAL, )
RAGINI AGARWAL, )
GERALDINE BUNKER, )
VANITA BUNKER, )
DIAMOND & GOLD OUTLET, INC., )
BUNTY GIDWANI, )
RESHMA GIDWANI, )
CHITRA JAGASIA, )
DILIP JAGASIA, )
HARISH JAGASIA, )
KAMAL JAGASIA, )
RAMESH JAGASIA, )
SHEELA JAGASIA, and )
YOGESH JAGASIA, )
 )
    Defendants. )
    )

05  10178 NMG

Civil Action No. _____

## AFFIDAVIT OF MARK L. SEELEY

I, Mark L. Seeley, Vice President and General Counsel of Elsevier, Inc.

("Elsevier"), a company incorporated in New York with a place of business at 30

Corporate Drive, Suite 400, Burlington, MA 01803, and General Counsel to Elsevier's

science and medical publishing affiliates such as Elsevier B.V., Elsevier Ltd, Elsevier

France SAS, Elsevier Ireland Ltd, and Mosby, Inc. ("Elsevier Affiliates"), hereby under

oath declare as follows:

1. Elsevier, together with the Elsevier Affiliates, publishes thousands of scholarly books and journals, all of them in the sciences.

2. I have been Vice President of Elsevier, Inc., beginning in September 1998, and have been in-house General Counsel to Elsevier and its affiliates since October 1995. I am an attorney admitted to practice in the Commonwealth of Massachusetts.

3. Part of my role is to oversee legal matters regarding copyrights and distribution of Elsevier journals.

4. Elsevier sells journals directly to individuals and institutions, and through subscription agencies. Subscription agencies act on behalf of subscribers, primarily libraries and other large institutions, in arranging for large numbers of subscriptions to various journals, and handling billing and administrative paperwork. For this they receive a portion of the subscription fee. Defendant Asian Books Private Limited is a subscription agency Elsevier has dealt with on a limited basis.

5. Elsevier's subscription rates vary depending on the type of subscriber. In general, individual rates are substantially lower than institutional rates for such subscriptions, by at least 50% and sometimes substantially more than 50%. For example, the journal *Artificial Intelligence* has a member rate of $120 (for members of the society that owns the journal on whose behalf the journal is published) while the institutional rate is $2,049. Similarly, the journal *Fertility and Sterility* has a personal subscription rate of $208 and an institutional rate of $3,500.

6. The reason for differences in rates is that Elsevier considers an institutional subscription to be the primary market rate, based upon the expectation that the library copy will be reviewed and used by a number of users. The Elsevier journals

2

contain high end scholarly research papers whose primary market is academic libraries and similar institutions. As a service to professionals and members of societies, we offer a discounted individual subscriber rate, for individual use. We could not, and do not, make subscriptions available to institutions at the discounted individual or member rates, and whenever a person subscribes to one of our journals he, she or it must indicate whether the subscription is for an individual or an institution.

7.    All our invoices and purchase order forms that are provided to and agreed to by each print subscriber specifically prohibits transfer of the subscription, containing language to this effect: *"Customer/Client represents and warrants that it is purchasing Products or Services from ELSEVIER for its own account and use (or if the Client is an agent, for the account and use of no more than one principal) and not on behalf of any other person or entity except as may be expressly set forth otherwise in the Terms and Conditions."* Thus, it is Elsevier's express policy that customers, other than bona fide subscription agencies, who order subscriptions from Elsevier cannot assign or resell those subscriptions. This policy prohibits "straw man" purchases and subscription resale at any price; *a fortiori* it prohibits purchase of subscriptions at a personal rate on behalf of, or for resale to, institutional customers at a higher rate.

8.    The revenue from publication and reproduction of our journals, especially the revenue from journal subscriptions, constitutes roughly 70% of the annual revenue of Elsevier and the Elsevier Affiliates and is critical to its and their financial health.

9.    Elsevier has been aware of fraudulent subscription schemes in the past and has pursued such fraudulent activity. When Plaintiff Wiley discovered a fraudulent scheme being perpetrated by defendants it circulated a list of subscriber names and addresses believed to be false.

10.     When I received the list, I had Elsevier's subscription department check its records to see what journals had been ordered for those names and addresses for the past four years. Its preliminary report is attached as <u>Exhibit A</u> hereto.

11.     As can be seen from Exhibit A, numerous subscriptions have been taken out in the name of these individuals or pseudo-individuals. The columns on Exhibit A, from left to right, include the year, media (i.e., print or electronic), the rate of billing (personal, member or full rate), the name associated with the account, the type of payment and credit card or check number, the address associated with the account, the amount paid (based on the billing rate), the amount that should have been paid if the subscriber was billed at the institutional rate, and the difference between those two rates.

12.     Assuming that Defendants have resold the individual member subscriptions identified on Exhibit A to institutions that should have paid the institutional rate, Elsevier has lost over $30,000 to this fraudulent scheme given the fraudulent names and addresses currently known. Elsevier estimates that upon further inspection of defendants' records, and of its own records after discovery, that figure will be higher.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

27 January 2005
Date

Mark Seeley

4

| Year | Media | Rate | Name | Type of Payment | Credit Card Number/Cheque Number | Address 1 |
|------|-------|------|------|-----------------|-----------------------------------|-----------|
| 2000 | PRINT | PERSONAL | JAY KENE | | NOT AVAILABLE | PO BOX 40 |
| 2001 | PRINT | PERSONAL | KENE JAY | | NOT AVAILABLE | C/O POB 117 |
| 2001 | PRINT | PERSONAL | ROMI PAT | | NOT AVAILABLE | |
| 2001 | PRINT | PERSONAL | ROSE LAMPS | | NOT AVAILABLE | |
| 2001 | PRINT | PERSONAL | ROSE LAMPS | | NOT AVAILABLE | |
| 2001 | PRINT | PERSONAL | KEN JAY | | NOT AVAILABLE | JAYSONS INC |
| 2000 | PRINT | PERSONAL | KENE JAY | | NOT AVAILABLE | |
| 2002 | PRINT | PERSONAL | BUNTY GIDWANI | CC | 3783498441 0■■■■ | C/O ACTIVAIR UK LTD |
| 2001 | PRINT | PERSONAL | BUNTY GIDWANI | CC | 3783498441 0■■■■ | C/O ACTIVAIR UK LTD |
| 2003 | PRINT | PERSONAL | BUNTY GIDWANI | CC | 4553900024 31■■■■ | C/O ACTIVAIR UK LTD |
| 2003 | PRINT | PERSONAL | SHARON JAY | CC | 3783498441 0■■■■ | |
| 2004 | PRINT | PERSONAL | SHARON JAY | CC | 3783498441 0■■■■ | |
| 2003 | PRINT | PERSONAL | SHARON JAY | CC | 3783498441 0■■■■ | |
| 2003 | PRINT | PERSONAL | AVI MICHAEL | CC | 4226953209 23■■■■ | 1003 18TH ST |
| 2003 | PRINT | PERSONAL | AVI MICHAEL | CC | 4226953209 23■■■■ | 1003 18TH ST |
| 2002 | PRINT | PERSONAL | AVI MICHAEL | CC | 4553900024 31■■■■ | 14629 SW 104ST |
| 2001 | PRINT | PERSONAL | AVI MICHAEL | CC | 4553900024 31■■■■ | 14629 SW 104ST |
| 2002 | PRINT | PERSONAL | AVI MICHAEL | CC | 4553900024 31■■■■ | 14629 SW 104ST |
| 2001 | PRINT | PERSONAL | CHID JACK | CC | 3717253064 1■■■■ | 14629 SW 104ST |
| 2002 | PRINT | PERSONAL | CHID JACK | CC | 3717253064 1■■■■ | 14629 SW 104ST |
| 2001 | PRINT | PERSONAL | KEN JACYEA | CC | UNKNOWN | |
| 2000 | PRINT | PERSONAL | KENNY JAY | CC | NOT AVAILABLE | |
| 2002 | PRINT | PERSONAL | KENNY JAYA | CC | 3783498441 0■■■■ | 14629 SW 104ST |
| 2002 | PRINT | PERSONAL | KENNY JAYA | CC | 3783498441 0■■■■ | 14629 SW 104ST |
| 2003 | PRINT | PERSONAL | RAGINI AGARWAL | CC | 5490949110 2■■■■ | 300 brookline ave |
| 2003 | PRINT | PERSONAL | RAGINI AGARWAL | CC | 5490949110 2■■■■ | 300 brookline ave |
| 2003 | PRINT | PERSONAL | RAGS WAL | CC | 3783498441 0■■■■ | 135 E MAIN |
| 2004 | PRINT | PERSONAL | RAGS WAL | CC | 3783498441 0■■■■ | 135 E MAIN |
| 2001 | PRINT | PERSONAL | RESHMA GIDWANI | CC | 5490949110 2■■■■ | |

FILED
IN CLERKS OFFICE

2005 JAN 28  P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| Year | Media | Rate | Name | Type of Payment | Credit Card Number/Cheque Number | Address 1 |
|---|---|---|---|---|---|---|
| 2002 | PRINT | PERSONAL | RESHMA GIDWANI | CC | 37834984410■■ | |
| 2002 | PRINT | PERSONAL | RESHMA GIDWANI | CC | 549099491102■ | |
| 2000 | PRINT | PERSONAL | SANDY JAMES | | NOT AVAILABLE | 1003 18TH ST |
| 2000 | PRINT | PERSONAL | SANDY JAMES | | NOT AVAILABLE | 1003 18TH ST |
| 2001 | PRINT | PERSONAL | SANDY JAMES | | NOT AVAILABLE | 1003 18TH ST |
| 2001 | PRINT | PERSONAL | SHAWN JAY | | NOT AVAILABLE | 1003 18TH ST |
| 2004 | PRINT | PERSONAL | SHAWN REILY | CC | 37834984410■ | |
| 2003 | PRINT | PERSONAL | SHERON JACKSON | CC | 37834984410■■ | 14629 SW 104ST |
| 2004 | PRINT | PERSONAL | SHERON JACKSON | CC | 37834984410■■ | 14629 SW 104ST |
| 2001 | PRINT | PERSONAL | SHERON JACKSON | CC | 37834984410■■ | 14629 SW 104ST |
| 2002 | PRINT | PERSONAL | SHERON JACKSON | CC | 37834984410■■ | 14629 SW 104ST |
| 2000 | PRINT | PERSONAL | SHERON JACKSON | | NOT AVAILABLE | |
| 2003 | PRINT | PERSONAL | VICTOR JAISON | CC | 41290545971 5■ | 3701 PEARLMAN TERRACE |
| 2001 | PRINT | PERSONAL | VINNE GARGE | | NOT AVAILABLE | |
| 2000 | PRINT | PERSONAL | VICTOR BENAIM-PINTO | | NOT AVAILABLE | |
| 2001 | PRINT | PERSONAL | SONU JACKSON | | NOT AVAILABLE | 7111 GREENYARD DR |
| 2000 | PRINT | PERSONAL | J VANITA | | NOT AVAILABLE | 7111 GREENYARD DR |
| 2001 | PRINT | PERSONAL | VANITA BUNKER | | NOT AVAILABLE | 7111 GREENYARD DR |
| 2001 | PRINT | PERSONAL | VANITA BUNKER | | NOT AVAILABLE | 7111 GREENYARD DR |
| 2000 | PRINT | PERSONAL | SANDY JAMES | | NOT AVAILABLE | 7111 GREENYARD DR |
| 2000 | PRINT | PERSONAL | SANDY JAMES | | NOT AVAILABLE | 7111 GREENYARD DR |
| 2000 | PRINT | PERSONAL | PATSY PARKER | | NOT AVAILABLE | 7111 GREENYARD DR |

| Address 2 | Address 3 | Zip | Country | Currency | Amount Paid (Personal/Members Rate) | FULL PRICE | DIFFERENCE |
|---|---|---|---|---|---|---|---|
| PO BOX 117 | ASHFORD MIDDLESEX | TW15 1FQ | GB | GBP | 115.00 | N/A | |
| HOUNSLOU | MIDDX UK | TW5 9GF | GB | GBP | 85.00 | 340.00 | 255.00 |
| ASHFORD RD UNIT 1 ACTIOUN | ASHFORD UK | TW15 1XS | GB | GBP | 101.00 | 353.00 | 252.00 |
| PO BOX 117 | ASHFORD MIDDLESEX | TW15 1FQ | GB | GBP | 128.00 | 263.00 | 135.00 |
| PO BOX 117 | ASHFORD MIDDLESEX | TW15 1FQ | GB | GBP | 124.00 | 215.00 | 91.00 |
| | | | | **GBP Total** | | | **733.00** |
| UNIT 1 ACTION CT ASHFORD RD | ASHFORD | TW15 1XS | GB | DG | 309.00 | N/A | |
| PO BOX 117 | ASHFORD | TW15 1FQ | GB | DG | 223.00 | N/A | |
| | | | | **DG Total** | | | 0.00 |
| ACTION CT UNIT 1 | ASHFORD MIDDLESEX | TW15 1XS | GB | EUR | 269.00 | 1935.00 | 1666.00 |
| ACTION CT UNIT 1 | ASHFORD MIDDLESEX | TW15 1XS | GB | EUR | 223.71 | 1816.48 | 1592.77 |
| ACTION CT UNIT 1 | ASHFORD MIDDLESEX | TW15 1XS | GB | EUR | 373.00 | 4138.00 | 3765.00 |
| PO BOX 117 | ASHFORD MIDDLESEX | TW15 1FQ | GB | EUR | 113.00 | 264.00 | 151.00 |
| PO BOX 117 | ASHFORD MIDDLESEX | TW15 1FQ | GB | EUR | 95.00 | 313.00 | 218.00 |
| PO BOX 117 | ASHFORD MIDDLESEX | TW15 1FQ | GB | EUR | 91.00 | 294.00 | 203.00 |
| | | | | **EUR Total** | | | **7595.77** |
| | KEYWEST FL | 33040 | US | USD | 217.00 | 944.00 | 727.00 |
| | KEYWEST FL | 33040 | US | USD | 121.00 | 355.00 | 234.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 892.00 | 3407.00 | 2515.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 378.00 | 845.00 | 467.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 402.00 | 900.00 | 498.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 243.00 | 812.00 | 569.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 259.00 | 865.00 | 606.00 |
| PO BOX 5940 | MIAMI FL | 33283 | US | USD | 185.00 | 391.00 | 206.00 |
| PO BOX 831327 | MIAMI FL | 33283 | US | USD | 175.00 | N/A | |
| PMB 346 | MIAMI FL | 33186 | US | USD | 479.00 | 1064.00 | 585.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 266.00 | 591.00 | 325.00 |
| BOX 207 | BOSTON MA | 2115 | US | USD | 126.00 | 329.00 | 203.00 |
| BOX 207 | BOSTON MA | 2115 | US | USD | 74.00 | 171.00 | 97.00 |
| APT T4 | WESTBOROUGH MA | 01581-2736 | US | USD | 308.00 | 2338.00 | 2030.00 |
| APT T4 | WESTBOROUGH MA | 01581-2736 | US | USD | 131.00 | 350.00 | 219.00 |
| PO BOX 5940 | MIAMI FL | 33283 | US | USD | 300.00 | 660.00 | 360.00 |

| Address 2 | Address 3 | Zip | Country | Currency | Amount Paid (Personal/ Members Rate) | FULL PRICE | DIFFERENCE |
|---|---|---|---|---|---|---|---|
| PO BOX 5940 | MIAMI FL | 33283 | US | USD | 958.00 | 2130.00 | 1172.00 |
| PO BOX 5940 | MIAMI FL | 33283 | US | USD | 125.00 | 1049.00 | 924.00 |
|  | KEYWEST FL | 33040 | US | USD | 725.00 | N/A |  |
|  | KEYWEST FL | 33040 | US | USD | 346.00 | N/A |  |
|  | KEYWEST FL | 33040 | US | USD | 335.00 | 1800.00 | 1465.00 |
|  | KEYWEST FL | 33040 | US | USD | 228.00 | 416.00 | 188.00 |
| PO BOX 2430 | KEYWEST FL | 33045 | US | USD | 82.78 | 171.00 | 88.22 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 190.00 | 3917.00 | 3727.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 212.93 | 4172.00 | 3959.07 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 175.00 | 3421.00 | 3246.00 |
| PMB 346 | MIAMI FL | 33186 | US | USD | 200.00 | 3644.00 | 3444.00 |
| PO BOX 831327 | MIAMI FL | 33283 | US | USD | 354.00 | N/A |  |
|  | KEYWEST FL | 33040 | US | USD | 367.65 | 686.00 | 318.35 |
| PO BOX 831327 | MIAMI FL | 33283 | US | USD | 493.00 | 1130.00 | 637.00 |
| PO BOX 572098 | HOUSTON TX | 77257 | US | USD | 175.00 | N/A |  |
|  | HOUSTON TX | 77086 | US | USD | 335.00 | 1800.00 | 1465.00 |
|  | HOUSTON TX | 77086 | US | USD | 250.00 | N/A |  |
|  | HOUSTON TX | 77086 | US | USD | 125.00 | 985.00 | 860.00 |
|  | HOUSTON TX | 77086 | US | USD | 112.00 | 287.00 | 175.00 |
|  | HOUSTON TX | 77086 | US | USD | 798.00 | N/A |  |
|  | HOUSTON TX | 77086 | US | USD | 838.00 | N/A |  |
|  | HOUSTON TX | 77086 | US | USD | 269.00 | N/A |  |
|  |  |  |  | USD Total |  |  | 31309.64 |