# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN AGARWAL,
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, RAMESH JAGASIA, SHEELA
JAGASIA AND YOGESH JAGASIA

FILED
IN CLERKS OFFICE

2005 FEB -4
**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

05 10178 NMG

TO: (Name and address of Defendant)
Bunty Gidwani
P.O. Box 5940
Miami, Florida   33283
c/o Reshma Gidwani
3700 Pearlman Terrace
Key West, Florida   33040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA   02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                      DATE 1/25/2005

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/01/05 |
| NAME OF SERVER (PRINT)  David J. Burns | TITLE  Special Process Server, Monroe Co. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Sheela Jagasia

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  RUSH SERVICE | TOTAL  $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/02/05
                    Date

*Signature of Server*

**David Burns Investigations**
PO Box 1751
Key West Florida
33041

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.