AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 4: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASIAN BOOKS PRIVATE LIMITED, KIRAN AGAWAL,
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, RAMESH JAGASIA, SHEELA
JAGASIA AND YOGESH JAGASIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 CV 10178 NMG

TO: (Name and address of Defendant)

Chitra Jagasia
3314 Northside Drive
Apartment 14
Key West, Florida  33040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA  02114

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1/28/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02/01/04 |
| NAME OF SERVER *(PRINT)* David J. Burns | TITLE Special Process Server, Monroe Co. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   Sheela Jagasia

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES RUSH SERVICE | TOTAL XXXXX $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/02/05
                  Date

Signature of Server

David Burns Investigations
PO Box 1751
Key West Florida
33041

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.