%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

FILED IN CLERKS OFFICE

District of MASSACHUSETTS

2005 FEB -4 P 4: 35

AMERICAN INSTITUTE OF PHYSICS, INC.,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

SUMMONS IN A CIVIL ACTION
DISTRICT OF MASS.

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN AGARWAL
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, RAMESH JAGASIA, SHEELA
JAGASIA AND YOGESH JAGASIA

CASE NUMBER:

05 CV 10178 NMG

TO: (Name and address of Defendant)

Reshma Gidwani
3700 Pearlman Terrace
Key West, Florida  33040

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

1/25/2005

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/01/05 |
| NAME OF SERVER (PRINT) DAVID J. Burns | TITLE Special Process Server, Monroe Co. |

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served: 415 Greene St., Key West, Florida

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES RUSH SERVICE | TOTAL $50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/02/05
                    Date                              Signature of Server

David Burns Investigations
PO Box 1751
Key West Florida
Address of Server            33041

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.