# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMTED, KIRAN AGARWAL, RAGINI AGARWAL, GERALDINE BUNKER, VANITA BUNKER, DIAMOND & GOLD OUTLET, INC., BUNTY GIDWANI, RESHMA GIDWANI, CHITRA JAGASIA, DILIP JAGASIA, HARISH JAGAISA, KAMAL JAGASIA, RAMESH JAGASIA, SHEELA JAGASIA AND YOGESH JAGASIA

FILED
IN CLERKS OFFICE

2005 FEB -4 P 4: 35

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

**05 CV 10178 NMG**

TO: (Name and address of Defendant)

Ramesh Jagasia
3701 Pearlman Terrace
Key West, Florida 33040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    1/28/2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02/01/05 |
| NAME OF SERVER *(PRINT)* David J. Burns | TITLE Special Process Server, Monroe Co. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: __Advised by family member that RAMESH Jagasia is deceased__

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES RUSH SERVICE | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __02/02/05__          *Signature of Server*
            Date

David Burns Investigations
PO Box 1751
Key West Florida
33041

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.