# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 4: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN AGARWAL,
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, RAMESH JAGASIA, SHEELA
JAGASIA AND YOGESH JAGASIA

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 CV 10178 NMG

TO: (Name and address of Defendant)

Kamal Jagasia
Managing Director and Officer of Asian Books Private Limited
1003 18th Street
Key West, Florida  33040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  1/24/2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02/01/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| David J. Burns | Special Process Server, Monroe Co. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: __411 Greene St., Key West, FL__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES    RUSH SERVICE | TOTAL    $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __02/02/05__
             Date

Signature of Server

**David Burns Investigations**
PO Box 1751
Key West Florida
33041

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.