# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN
AGARWAL, RAGINI AGARWAL, GERALDINE
BUNKER, VANITA BUNDER, DIAMOND & GOLD
OUTLET, INC., BUNTY GIDWANI, RESHMA
GIDWANI, CHITRA JAGASIA, DILIP JAGASIA,
HARISH JAGASIA, KAMAL JAGASIA, RAMESH
JAGASIA, SHEELA JAGASIA, AND YOGESH
JAGASIA

FILED
IN CLERK'S OFFICE

2005 FEB -4 P 4:34

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

05 - 10178 NMG

TO: (Name and address of Defendant)

Dilip Jagasia
909 17th Terrace
Key West, Florida  33040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                1/28/2005

CLERK                                        DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/01/05 |
| NAME OF SERVER *(PRINT)*<br>David J. Burns | TITLE<br>Special Process Server, Monroe Co. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: __304 Front St., Key West, FL__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>RUSH SERVICE | TOTAL<br>$50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __02/02/05__  
Date

*Signature of Server*

**David Burns Investigations**  
**PO Box 1751**  
**Key West Florida**  
*Address of Server*  
33041

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.