# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 4: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN
AGARWAL, RAGINI AGARWAL, GERALDINE
BUNKER, VANITA BUNKER, DIAMOND & GOLD
OUTLET, INC., BUNTY GIDWANI, RESHMA
GIDWANI, CHITRA JAGASIA, DILIP JAGASIA,
HARISH JAGASIA, KAMAL JAGASIA, RAMESH
JAGASIA, SHEELA JAGASIA AND YOGESH
JAGASIA

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05cv10178 NMG

TO: (Name and address of Defendant)

Kamal Jagasia
1003 18th Street
Key West, Florida  33040

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/01/05 |-

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| David J. Burns | Special Process Server, Monroe Co. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 411 Greene St., Key West, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | RUSH SERVICE | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/02/05
                  Date                          *Signature of Server*

*Address of Server*

David Burns Investigations
PO Box 1751
Key West Florida
33041

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.