# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

**SUMMONS IN A CIVIL CASE**

V.

ASIAN BOOKS PRIVATE LIMITED, KIRAN
AGARWAL, RAGINI AGARWAL, GERALDINE
BUNKER, VANITA BUNKER, DIAMOND & GOLD
OUTLET, INC., BUNTY GIDWANI, RESHMA
GIDWANI, CHITRA JAGASIA, DILIP JAGASIA,
HARISH JAGASIA, KAMAL JAGASIA, RAMESH
JAGASIA, SHEELA JAGASIA AND YOGESH
JAGASIA

CASE NUMBER:

05 CV 10178 NMG

TO: (Name and address of Defendant)

Harish Jagasia
40 Tall Oaks Drive
East Brunswick, New Jersey  08816

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

| CLERK | DATE |
|---|---|
| (signature) | 1/28/2005 |

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/9/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Grizzi | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 40 Tall Oaks Drive East Brunswick NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/9/05
            Date            Signature of Server

281 Mantoloking Rd, Brick NJ 08123
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.