%AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMTED, KIRAN
AGARWAL, RAGINI AGARWAL, GERALDINE
BUNKER, VANITA BUNKER, DIAMOND & GOLD
OUTLET, INC., BUNTY GIDWANI, RESHMA
GIDWANI, CHITRA JAGASIA, DILIP JAGASIA,
HARISH JAGASIA, KAMAL JAGASIA, RAMESH
JAGASIA, SHEELA JAGASIA AND YOGESH
JAGASIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10178 NMG

TO: (Name and address of Defendant)

**Yogesh Jagasia**
**2810 34th Street SW**
**Gainesville, Florida   32608**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA   02114

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/13/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| David I. Burns | Monroe Co. Special Process Server #007 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sheela Agasia Accepted Service for her nephew Joresh Agasia who was in Miami at the time. She assured your affiant that she would not personally give Summons to Yoresh. Serviced 703 #1 Key West, Fl.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/17/05 _____
             Date          Signature of Server

_____        **David Burns Investigations**
Address of Server                      **PO Box 1751**
                                       **Key West Florida**
                                       **33041**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.