AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN AGARWAL
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, RAMESH JAGASIA, SHEELA
JAGASIA AND YOGESH JAGASIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 cv 10178 NMG**

TO: (Name and address of Defendant)

Agent for service:
Diamond & Gold Outlet, Inc.
Spiegel & Utrera, P.A.
1840 SW 22nd Street, 4th Floor
Miami, Florida  33145

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA  02114

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1/25/2005

UNITED STATES DISTRICT COURT

CASE NO.05-CV 10178 NMG

AMERICAN INSTITUTE OF PHYSICS ET AL.,

    Plaintiff(s),

vs.                                       **PROOF OF SERVICE**

ASAIN BOOKS PRIVATE LIMITED ET AL,

    Defendant(s)
_____/

SUMMONS (X), SUBPOENA(S) (), OTHER ()
PLAINTIFFS MOTION FOR ORDER PRESERVING EVIDENCE AND PROHIBITING REMOVAL OF ASSETS

PLAINTIFFS MEMORANDUM IN SUPPORT OF THIER MOTION FOR AN ORDER PRESERVING EVIDENCE AND PROHIBITING REMOVAL OF ASSETS

    Pursuant to the request of AMY C. MAINELLI ESQ., I, ROBERT R. VOLLRATH, I.D. #148, (Process Server in good standing in the Judicial Circuit in which the process was served), received this process on 2-1-05, at 9:00 A .M. and served same on DIAMOND & GOLD OUTLET, INC. 1840 SW 22 STREET 4 FLOOR MIAMI, FL., on 2-1-05, at 2:30 P . M.

    **CORPORATE SERVICE**: By serving a copy of this writ and a copy of Plaintiff's initial pleading to ANNA BARBOSA( SPIEGEL & UTRERA, P.A.)  as REGISTERED AGENT   , or any employee of defendant corporation in the absence of any superior as defined in the Florida Statute 48.081 when Defendant's corporation does not keep registered agent present as required by Florida Statute 48.091.

    I ACKNOWLEDGE that I am a Certified Process Server in the Circuit in which this Defendant was served. I FURTHER CERTIFY that I have no interest in the above action.

    UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE.

_____
ROBERT VOLLRATH #148

ORIGINAL