# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

MASS state (Massachusetts) Court
County of Rockingham State of New Hampshire

| American Institute of Physics |
|---|
| vs. |
| Geraldine   Bunker |

Docket Number: 05-CV-10178-NMG
Sheriff File Number: 0500168́8

*FILED CLERKS OFFICE*
*2005 FEB 28 P 1: 55*
*DISTRICT COURT*
*DISTRICT OF MASS*

I, Deputy Sheriff William Dawson, Badge # 40 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 2/22/2005 at approximately 07:35 am, at 345 Heritage Ave, Portsmouth, NH 03801 served the within OOS Motion upon Geraldine Bunker , the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Geraldine Bunker  personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated:  February 22, 2005

*Susan Howard* (signature)

[Notary Seal: SUSAN J. HOWARD, MY COMMISSION EXPIRES JULY 28, 2009, NOTARY PUBLIC, NEW HAMPSHIRE]

*William Dawson* (signature)
William Dawson
Deputy Sheriff

40
Badge Number

## Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

MASS state (Massachusetts) Court
County of Rockingham State of New Hampshire

| American Institute of Physics vs. Geraldine Bunker | Docket Number: 05-CV-10178-NMG<br>Sheriff File Number: 05001687 |
|---|---|

I, Deputy Sheriff William Dawson, Badge # 40 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 2/22/2005 at approximately 07:35 am, at 345 Heritage Ave, Portsmouth, NH 03801 served the within OOS Summons&Complaint upon Geraldine Bunker, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Geraldine Bunker personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: February 22, 2005

[Notary seal: SUSAN J. HOWARD, MY COMMISSION EXPIRES JULY 28, 2009, NOTARY PUBLIC, NEW HAMPSHIRE]

William Dawson
Deputy Sheriff

40
Badge Number

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.,

**SUMMONS IN A CIVIL ACTION**

V.

ASIAN BOOKS PRIVATE LIMITED, KIRAN AGARWAL,
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, REMESH JAGASIA, SHEELA
JAGASIA AND YOGESH JAGASIA

CASE NUMBER:

05 10178 NMG

TO: (Name and address of Defendant)

Geraldine Bunker
7111 Greenyard Drive
Houston, Texas   77086

CURRENTLY RESIDING AT:

345 Heritage Avenue
Portsmouth, New Hampshire   03801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA   02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK    1/28/2005

(By) DEPUTY CLERK    DATE

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN INSTITUTE OF PHYSICS, ELSEVIER, INC., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIAN BOOKS PRIVATE LIMITED, KIRAN AGARWAL, RAGINI AGARWAL, GERALDINE BUNKER, VANITA BUNKER, DIAMOND & GOLD OUTLET, INC., BUNTY GIDWANI, RESHMA GIDWANI, CHITRA JAGASIA, DILIP JAGASIA, HARISH JAGASIA, KAMAL JAGASIA, RAMESH JAGASIA, SHEELA JAGASIA, and YOGESH JAGASIA, <br><br> Defendants. | Civil Action No. 05cv10178 NMG |

**PLAINTIFFS' MOTION FOR ORDER PRESERVING EVIDENCE AND PROHIBITING REMOVAL OF ASSETS**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs hereby move for an order preventing the destruction of critical evidence, and preventing defendants from transferring property out of the reach of this Court. The form of Order requested by plaintiffs is attached hereto. This Motion is based upon the Affidavits of

1

Marc Brodsky, Roy Kaufman, Mark Seeley, and William S. Strong, all on file with the Court, and on the Memorandum submitted herewith.

                          Respectfully submitted,

                          AMERICAN INSTITUTE OF PHYSICS,
                          ELSEVIER, INC.,
                          SAGE PUBLICATIONS, INC.,
                          WILEY PERIODICALS, INC., and
                          WILEY-LISS, INC.,

                          Plaintiffs,

                          By their attorneys,

Dated: February 1, 2005

                          William S. Strong, Esq., BBO #483520
                          Amy C. Mainelli, Esq., BBO #657201
                          KOTIN, CRABTREE & STRONG, LLP
                          One Bowdoin Square
                          Boston, MA 02114
                          (617) 227-7031
                          (617) 367-2988 (fax)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN INSTITUTE OF PHYSICS, ) <br> ELSEVIER, INC., ) <br> WILEY PERIODICALS, INC., and ) <br> WILEY-LISS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ASIAN BOOKS PRIVATE LIMITED, ) <br> KIRAN AGARWAL, ) <br> RAGINI AGARWAL, ) <br> GERALDINE BUNKER, ) <br> VANITA BUNKER, ) <br> DIAMOND & GOLD OUTLET, INC., ) <br> BUNTY GIDWANI, ) <br> RESHMA GIDWANI, ) <br> CHITRA JAGASIA, ) <br> DILIP JAGASIA, ) <br> HARISH JAGASIA, ) <br> KAMAL JAGASIA, ) <br> RAMESH JAGASIA, ) <br> SHEELA JAGASIA, and ) <br> YOGESH JAGASIA, ) <br> ) <br> Defendants. ) | Civil Action No. 05cv10178 NMG |

## ORDER

Upon good cause shown, it is hereby ordered that defendants and their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order (the "Affected Parties"), shall:

3

1. [D]uring the pendency of the action, preserve and retain within the United States all documents, in either electronic or paper form, relating in any way to [subscriptions addressed to] any of the names and addresses listed on [Exhibit A hereto] or any other subscriptions to plaintiffs' journals [addressed to] defendants or to addresses used by defendants. The term "documents" as used herein, has the meaning ascribed to it in Local Rule 26.5 of this Court, and includes but is not limited to all orders, order confirmations, invoices, shipping labels, correspondence, and mailbox holding documents.

2. During the pendency of this action, preserve and retain within the United States all documents, in either electronic or paper form, relating in any way to (i) sales or shipments to third parties of issues of journals published by plaintiffs, (ii) shipments between or among the parties of issues of such journals, and (iii) the revenues received from such sales and shipments and the present location of such revenues. The term "documents" as used herein, has the meaning ascribed to it in Local Rule 26.5 of this Court, and includes but is not limited to all orders, order confirmations, shipping invoices, bills of lading, receipts, books of account, ledgers, bank statements, and other papers.

3. Not sell (except to customers in the ordinary course of business) or otherwise transfer any of the assets of the businesses owned by them within the United States, including but not limited to: Asian Books Private Limited, Diamond & Gold Trader, Inc., In Style International, Inc., Italian

7

[text illegible] Miami, Inc., Oxop.com, [illegible] Inc., [illegible] Optical, Inc., Closeout Eyewear, Inc., Jaycee [illegible], Jaysons Sai Sales Corporation, [illegible] Enterprises, Inc., Avi Impex Books & [illegible], Inc., [illegible] Enterprises, Island Fashions, and Raj Kamal [illegible], Inc., other than for fair consideration negotiated at arm's length [illegible] within the United States governed by [illegible] or in any other manner remove from the United States [illegible] located within the United States.

4.  [illegible] remove from the United States any checking, savings, money market, or other bank account, or any brokerage account, wherever [illegible] accounts of or for the benefit of any defendant, located anywhere [illegible] United States, or the cash, bonds, and other securities and property [illegible] provided that nothing herein shall prevent the sale of [illegible] so long as the proceeds thereof remain in such account. [illegible] are hereby permitted to draw down any account to [illegible]

  - [illegible] and U.S. vendors of goods and services to any of the business entities listed above, in response to bona fide [illegible] copies of which shall be preserved for inspection by plaintiff's attorneys;

  - [illegible] U.S. employees of any of the business entities [illegible] per week or per month not greater

    c. [illegible] within the last six months prior to the

    filing of this action, provided that copies of pay stubs and payroll

    records shall be produced for inspection by plaintiffs' attorneys;

    and

    d. [illegible] estimated taxes, and other similar obligations

    [illegible], provided that documentation thereof

    [illegible] to plaintiffs' attorneys.

5.  Not sell or otherwise transfer, alienate, mortgage or otherwise encumber

   any real property owned by any defendant within the United States, other

   than [illegible] to (i) at fair market value and (ii) to be delivered into

   an account within the United States governed by Paragraph 4 above,

   including but not limited to the properties located at:

   [illegible list of approximately 12 property addresses, including addresses in Key West, FL 33040; Miami, FL; and Havoc Farms, Houston, TX.]

6.  Not sell or otherwise transfer any shares of stock or other interests owned

   [illegible] the companies identified in Paragraph 3 above, other

   than [illegible] (i) at fair market value and (ii) to be delivered into

   [illegible] within the United States governed by Paragraph 4 above.

_____          _____
Date                            Nathaniel M. Gorton,
                                United States District Judge

Case 1:05-cv-10178-NMG   Document 18   Filed 02/28/2005   Page 10 of 12

Exhibit A

**Names:**

Agent 945...                  Ro... ...y
Avi Micha...                  Rosr
Bunty Gidw...                 Rose Campa
Chid Jack                     Sam Jones
Dilip Jaga...                 Sa... ...an...
Harry Jag...                  Sha... ...Boa...or
J Vanila                      Sha... ...ay
Jay Kene                      Shaw. ay
Ken Jayc...                   Shawn Relly
Ken Jai C/o ...               Shaw Jackson
Frandon
Ken Jay                       Shawn Scott
Kene Jay                      ...an... ...cas...
Kenny Jay                     ...n Martin
Kenny Jaya                    ...nita Curtis
Kiran Agarw...                A...T ...T. BELLAM PRIT...
Mona Navi                     VICTOR JA...ON
Monar Na...                   Victor Ivani
Geri Bunker                   ...NK E GARCIE
Pallavi Sood                  ...K Agisi
Patsy Park...
Ragini Aga...
Rags W...
Reshma ...
Romi Ja...
Romi Jay...
Romi Jays
Romi Jeren...

**Addresses:**

POB 8...
Miami, FL 3328...

No 153
2470 S Dairy A...o... Street
Houston TX 77077

Apt 346 PM...
14629 SW ...
Miami, FL ...

PMB 346
14629 SW 104 ...
Miami, FL ...

1003 [illegible]
Key W[illegible]

ACTION [illegible]
ASHFOR[illegible]
TW15 [illegible]

PO Box [illegible]
Miami, [illegible]

PNB 1[illegible]
3324 W [illegible]
Gaines[illegible]

135 E [illegible]
WESTB[illegible]
01581-[illegible]

300 Br[illegible]
BOSTO[illegible]

3701 P[illegible] TERRACE
KEYW[illegible]

7111 G[illegible]
HOUST[illegible]

PO BO[illegible]
HOUN[illegible]
TW5 9[illegible]

PO BO[illegible]
ASHFOR[illegible]
TW15 [illegible]

ASHFORD [illegible]
ACTIO[illegible]
ASHF[illegible]
TW15 [illegible]

PO BO[illegible]
KEYW[illegible]

PO BO[illegible]
HOUS[illegible]

411 S[illegible]
Keywe[illegible]

PO Bo[illegible]
Miami, [illegible]

Quays [illegible]
Maldo[illegible]