%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AMERICAN INSTITUTE OF PHYSICS,
ELSEVIER, INC., WILEY PERIODICALS, INC.,
AND WILEY-LISS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

ASAIN BOOKS PRIVATE LIMITED, KIRAN AGARWAL,
RAGINI AGARWAL, GERALDINE BUNKER, VANITA
BUNKER, DIAMOND & GOLD OUTLET, INC.,
BUNTY GIDWANI, RESHMA GIDWANI, CHITRA
JAGASIA, DILIP JAGASIA, HARISH JAGASIA,
KAMAL JAGASIA, RAMESH JAGASIA, SHEELA
JAGASIA, AND YOGESH JAGASIA

CASE NUMBER:

**05 cv 10178 NMG**

TO: (Name and address of Defendant)

Ragini Agarwal
135 Wast Main Street
Apartment C4
Westborough, Massachusetts 01591

Currently residing at: 6301 Offshore Drive #304
Madison, WI 53705

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, 8th Floor
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                   DATE

(By) DEPUTY CLERK

05CC2897

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-4-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DEPUTY LARRY MOSLEY | DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6301 OFFSHORE DR APT 304 MADISON WISCONSIN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-4-05
           Date                    Signature of Server

115 W. DOTY ST. MADISON WIS.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number: 05002897

Court Number: 05CV10178NMG

I, Gary H. Hamblin, Sheriff of Dane County, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT on 4th day of March, 2005, and that I served the same on:

RAGINI AGARWAL  (Defendant)
6301 OFFSHSORE DR APT 304
MADISON, WI   53705
Served on: 4th day of March, 2005 at 20:23:00 by Larry O Mosley

Served to: RAGINI AGARWAL   (DEFENDANT)
6301 OFFSHSORE DR APT 304
MADISON, WI   53705

Returned on the 4th day of March, 2005

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 4th day of March, 2005

Gary H. Hamblin, Sheriff
Dane County Sheriff's Office, Wisconsin

BY: _____
Deputy Sheriff
Civil Process

Remarks:
4th day of March, 2005 at 18:51:00