# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN INSTITUTE OF PHYSICS, ELSEVIER, INC., WILEY PERIODICALS, INC., and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIAN BOOKS PRIVATE LIMITED, KIRAN AGARWAL, RAGINI AGARWAL, GERALDINE BUNKER, VANITA BUNKER, DIAMOND & GOLD OUTLET, INC., BUNTY GIDWANI, RESHMA GIDWANI, CHITRA JAGASIA, DILIP JAGASIA, HARISH JAGASIA, KAMAL JAGASIA, RAMESH JAGASIA, SHEELA JAGASIA, and YOGESH JAGASIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05cv10178 NMG |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs hereby dismiss this action with prejudice, provided that the Court shall retain jurisdiction of the parties and this matter for the sole purpose of enforcing the terms of the Settlement Agreement between plaintiffs and certain of the defendants.

Dated: May 24, 2005

AMERICAN INSTITUTE OF PHYSICS, ELSEVIER, INC., WILEY PERIODICALS, INC., and

WILEY-LISS, INC.,

Plaintiffs,

By their attorneys,


/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO#657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel:    (617) 227-7031
Fax:    (617) 367-2988


**SO ORDERED:**


_____
Date

_____
Nathaniel M. Gorton
United States District Judge